IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY ROARTY<br>      Plaintiff<br>v.<br><br>TYCO INTERNATIONAL, LTD. GROUP<br>BUSINESS TRAVEL ACCIDENT<br>INSURANCE PLAN AND LIFE<br>INSURANCE COMPANY OF NORTH<br>AMERICA<br>      Defendants | Civil Action No: 06-0195 |

## ORDER

AND NOW, this _____ day of _____, 2006, upon Defendants' motion to dismiss Counts II and III of Plaintiff's Complaint, it is hereby ORDERED that Counts II and III are DISMISSED with prejudice.

_____
                                              J.