UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KELLY ROARTY,

    Plaintiff,

v.

TYCO INTERNATIONAL, LTD. GROUP
BUSINESS TRAVEL ACCIDENT
INSURANCE PLAN AND LIFE
INSURANCE COMPANY OF NORTH
AMERICA,

    Defendants.

Civil Action

No: 06-0195-GMS

### JOINT STIPULATION TO EXTEND TIME FOR REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS COUNTS II AND III OF THE COMPLAINT

Plaintiff Kelly Roarty and Defendants Tyco International, Ltd. Group Business Travel Accident Insurance Plan and Life Insurance Company of North America, by and through their respective counsel, hereby stipulate and agree that Defendants shall have until Friday, June 9, 2006 to file a reply brief to Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss Count II and III of the Complaint.

For Plaintiff:

_____
Richard R. Weir, Jr. (#716)
Daniel W. Scialpi ()#4146)
RICHARD R. WEIR, JR., P.A.
Two Mill Road, Ste. 200
Wilmington, DE 19806
(302) 888-3222

Dated: 5/31/06

For Defendants:

_____
Mark C. Stephenson
NELSON LEVINE deLUCA & HORST, LLC
Four Sentry Parkway – Ste. 300
Blue Bell, PA 19422
(610) 862-6575

 

                                                                        _____

                                                                        Jeffrey K. Martin (#2407)
                                                                        MARGOLIS EDELSTEIN
                                                                        1509 Gilpin Avenue
                                                                        Wilmington, DE 19086

                                                                        Dated:

SO ORDERED:

_____
                                        J.

2