IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **Kelly Roarty**<br><br>    **Plaintiff**<br>v.<br><br>**Tyco International Ltd Group**<br>**Business Travel Accident Insurance Plan**<br><br>and<br><br>**Life Insurance Company of North America**<br><br>    **Defendants** | Civil Action No:<br>1:06-cv-00195-GMS |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Mark C. Stephenson, Esquire to represent Defendants in this matter.

Signed: _____

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-46980

Attorney for Defendants

Date: _____

ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission Pro Hac Vice is granted.

Date: _____         _____
                                         United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this Motion.

Signed: _____
Mark C. Stephenson, Esquire

Date: May 2, 2006

Nelson Levine de Luca & Horst
Four Sentry Parkway, Suite 300
Blue Bell, PA 19422
(610) 862-6575

| | |
|---|---|
| Kelly Roarty<br><br>   **Plaintiff**<br> v.<br><br>**Tyco International Ltd Group<br>Business Travel Accident Insurance Plan**<br><br>and<br><br>**Life Insurance Company of North America**<br><br>   **Defendants** | Civil Action No:<br>1:06-cv-00195-GMS |

### CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, hereby certify that on July 18, 2006 I electronically filed Motion and Order for Admission Pro Hac Vice with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

Richard R. Wier, Jr.
Law Offices of Richard R. Wier, Jr. P.C.
Two Mill Road, Suite 200
Wilmington, DE 19806

            MARGOLIS EDELSTEIN

            BY: _____
            Jeffrey K. Martin, Esquire (#2407)
            1509 Gilpin Avenue
            Wilmington, DE 19806