# RICHARD R. WIER, JR., P.A.

### ATTORNEY AT LAW

RICHARD R. WIER, JR.*

———

DANIEL W. SCIALPI

*ALSO ADMITTED IN PA

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
DScialpi@Wierlaw.com

August 30, 2006

**VIA CM/ECF**

The Honorable Gregory M. Sleet
District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware 19801

      **Re:**  **Kelly Roarty v. Tyco International Ltd. Group Business Travel Accident Insurance Plan and Life Insurance Company of North America C.A. No. 06-195 GMS**

Dear Judge Sleet:

      I enclose the Scheduling Order for the above captioned case, which incorporates the dates provided to us in the August 28, 2006 scheduling conference.

      Very truly yours,

      Daniel W. Scialpi (#4146)

Enclosure
cc:   Kelly Roarty
      Mark Stephenson, Esq.
      Clerk of the Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| KELLY ROARTY | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-195 GMS |
| | : | |
| TYCO INTERNATIONAL LTD. GROUP | : | |
| BUSINESS TRAVEL ACCIDENT | : | |
| INSURANCE PLAN, an employee | : | |
| welfare benefit plan, and | : | |
| LIFE INSURANCE COMPANY OF | : | |
| NORTH AMERICA, Plan Administrator, | : | |
| | : | |
| Defendants. | : | |

## SCHEDULING ORDER

This _____ day of _____ 2006, the Court having conducted an initial Rule 16
scheduling and planning conference pursuant to Local Rule 16.2(b) on August 28, 2006, and the
parties having determined after discussion that the matter cannot be resolved at this juncture by
settlement, voluntary mediation or binding arbitration;

IT IS ORDERED that:

1. **Rule 26(a) Initial Disclosures**.  Unless otherwise agreed to by the parties, they shall
make their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) on or before
**September 15, 2006.**

2. **Joinder of other Parties and Amendment of Pleadings**.  All motions to join other
parties and amend the pleadings shall be filed on or before **October 15, 2006.**

3. **Discovery**.  All discovery in this case shall be initiated so that it will be completed on
or before **February 28, 2007.**

a.  Discovery and Scheduling Matters.  Should counsel find they are unable to

resolve a discovery matter, the party seeking the relief shall contact chambers at (302)573-6470 to schedule a telephone conference. Not less than forty-eight hours prior to the teleconference, the parties shall file with the court, via electronic means (CM/ECF) a joint, non-argumentative letter agenda not to exceed two (2) pages outlining the issue(s) in dispute. A sample letter can be located on this court's website at www.ded.uscourts.gov. Should the court find further briefing necessary upon conclusion of the telephone conference, the court shall order the party seeking relief to file with the court a **TWO PAGE LETTER**, exclusive of exhibits, describing the issues in contention. The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than **TWO PAGES**. The party seeking relief may then file a reply letter of no more than **TWO PAGES** within three (3) days from the date of service of the answering letter.

4. **Confidential Information and Papers filed under Seal**. Should counsel find it will be necessary to apply to the court for a protective order specifying terms and conditions for the disclosure of confidential information, they should confer and attempt to reach an agreement on a proposed form of order and submit it to the court within 10 days from the date of this order. When filing papers under seal, counsel should deliver to the Clerk an original and two copies of the papers.

**If after making a diligent effort the parties are unable to agree on the contents of the joint proposed protective order, then they shall follow the dispute resolution process outlined in paragraph 3 (a).**

5. **Settlement Conference**. Pursuant to 28 U.S.C. § 636, this matter is referred to the United States Magistrate for the purpose of exploring the possibility of a settlement. If the parties agree that the possibility of settlement may be enhanced by such referral, the parties shall

contact Magistrate Judge Thynge to schedule a settlement conference with counsel and clients.

6. **Case Dispositive Motions**. All case dispositive motions and an opening brief and affidavits, if any, in support of the motion shall be served and filed on or before **March 8, 2007**. Briefing will be presented pursuant to the Court's Local Rules, unless the parties agree to an alternative briefing schedule. Any such agreement shall be in writing and filed with the Court for the Court's approval. Any request for extensions of time as set forth in this Scheduling Order must be accompanied by an explanation or your request will be denied.

7. **Applications by Motion**. Except as provided in this Order or for matters relating to scheduling, any application to the Court shall be by written motion filed, via electronic means (CM/ECF). Unless otherwise requested by the Court, counsel shall **not** deliver copies of papers or correspondence to Chambers. Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

8. **Oral Argument**. If the Court believes that oral argument is necessary, the Court will schedule a hearing pursuant to Local Rule 7.1.4.

9. **Pretrial Conference**. On **July 10, 2007**, the Court will hold a Pretrial Conference in Chambers with counsel beginning at 11 a.m. Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). The parties shall file with the court the Joint Proposed Final Pretrial Order with the information required by the form of Final Pretrial Order, no later than **June 18, 2007**. A sample form of Pretrial Order can be located on this court's website at www.ded.uscourts.gov.

10. **Trial**. This matter is scheduled for a 3 day bench trial beginning at 9 a.m. on **July 30, 2007**.

11.  **Scheduling**.  The parties shall contact chambers, at (302)573-6470, only in situations where scheduling relief is sought and only then when ALL participating counsel is on the line for purposes of selecting a new date.

12.  Defendants' Motion to Limit Discovery, along with their opening brief, shall be filed no later than September 15, 2006.  Plaintiff's Answering Brief shall be filed no later than October 13, 2006.  Defendants' Reply shall be filed not later than October 30, 2006

_____

UNITED STATES DISTRICT JUDGE