UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY ROARTY,<br><br>Plaintiff(s)<br>v.<br><br>TYCO INTERNATIONAL, LTD. GROUP BUSINESS TRAVEL ACCIDENT INSURANCE PLAN AND LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendants. | Civil Action No:<br><br>06-0195-GMS |

### DEFENDANT'S MOTION FOR PROTECTIVE ORDER TO LIMIT DISCOVERY TO THE ADMINISTRATIVE RECORD

Pursuant to Federal Rule of Civil Procedure 26 (c) (1) and (4) and considering the arguments and legal authorities set forth in their supporting Memorandum of Law, Defendants Tyco International, Ltd. Group Business Travel Accident Insurance Plan and Life Insurance Company of North America move the Court to a protective order that limits the scope of disclosure or discovery to the Administrative Record that the parties compiled when Plaintiff exhausted the Plan's internal claim administrative remedies, and that other disclosure or discovery not be had.

A proposed Order is submitted herewith.

NELSON LEVINE de LUCA & HORST, LLC

BY: _____
MARK STEPHENSON, ESQUIRE
Four Sentry Parkway – Suite 300
Blue Bell, PA 19422
(610) 862-6575
mstephenson@nldhlaw.com

and

JEFFREY K. MARTIN (#2407)
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
jmartin@margolisedelstein.com

Attorneys for Defendants Tyco International, Ltd. Group Business Travel Accident Insurance Plan and Life Insurance Company of North America

Dated: September 15, 2006

2