UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY ROARTY,<br><br>      Plaintiff(s)<br>v.<br><br>TYCO INTERNATIONAL, LTD.<br>GROUP BUSINESS TRAVEL<br>ACCIDENT INSURANCE PLAN AND<br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>      Defendants. | Civil Action No:<br><br>06-0195-GMS |

ORDER

AND NOW this _____ day of _____, 2006, upon motion by Defendants Tyco International, Ltd. Group Business Travel Accident Plan ("Plan") and Life Insurance Company of North America and for good cause shown, it is hereby ORDERED that discovery shall be limited to the Administrative Record and its contents as compiled by the parties during the exhaustion of Plaintiff's intra-plan remedies prior to filing this action.

SO ORDERED:

_____
GREGORY M. SLEET, J.