UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY ROARTY,<br><br>                Plaintiff(s)<br>v.<br><br>TYCO INTERNATIONAL, LTD.<br>GROUP BUSINESS TRAVEL<br>ACCIDENT INSURANCE PLAN AND<br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>                Defendants. | Civil Action No:<br><br>06-0195-GMS |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that today I electronically filed the foregoing Motion for Protective Order To Limit Discovery To The Administrative Record and supporting Memorandum of Law with the Clerk of Court using the Court's CM/ECF system, which will send a Notice of Electronic Filing to:

> Richard R. Wier, Jr., Esquire
> Daniel Scialpi, Esquire
> Two Mill Road, Suite 200
> Wilmington, DE 19806

NELSON LEVINE de LUCA & HORST, LLC

BY: _____
MARK STEPHENSON,

Date: September 15, 2006