IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY ROARTY | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 06-195 GMS |
| | : |
| TYCO INTERNATIONAL LTD. GROUP | : |
| BUSINESS TRAVEL ACCIDENT | : |
| INSURANCE PLAN, an employee | : |
| welfare benefit plan, and | : |
| LIFE INSURANCE COMPANY OF | : |
| NORTH AMERICA, Plan Administrator, | : |
| | : |
| Defendants. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 15, 2006 Plaintiff's Mandatory Disclosures were served upon Defendants.

Respectfully submitted,

RICHARD R. WIER, JR., P.A.

_/s/ Richard R. Wier_
Richard R. Wier, Jr. (#716)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY ROARTY<br><br>Plaintiff,<br><br>v.<br><br>TYCO INTERNATIONAL LTD. GROUP<br>BUSINESS TRAVEL ACCIDENT<br>INSURANCE PLAN, an employee<br>welfare benefit plan, and<br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA, Plan Administrator,<br><br>Defendants. | C.A. No. 06-195 GMS |

## CERTIFICATE OF SERVICE

I certify that on this _15th_ day of September, 2006 that I caused the attached Notice of Service to be filed with the Clerk of the Court, via CM/ECF, which will send a copy to the following:

Jeffrey K. Martin, Esq.
1509 Gilpin Ave.
Wilmington, DE 19806

and that I sent a copy by first class mail to the following:

Mark Stephenson, Esq.
Nelson Levine de Luca.& Horst LLC
Four Sentry Parkway, Suite 300
Blue Bell, PA 19422

RICHARD R. WIER, JR., P.A.

_/s/ Richard R. Wier_
Richard R. Wier, Jr (#716)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222