UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY ROARTY : <br> : <br> Plaintiff, : <br> v. : Civil Action <br> : <br> TYCO INTERNATIONAL. LTD. GROUP : No: 06-0195-GMS <br> BUSINESS TRAVEL ACCIDENT : <br> INSURANCE PLAN AND LIFE : <br> INSURANCE COMPANY OF NORTH : <br> AMERICA, : <br> Defendants. : | |

## STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Plaintiff Kelly Roarty and Defendants Tyco International, Ltd. Group Business Travel Accident Insurance Plan and Life Insurance Company of North America, by and through their respective counsel, hereby stipulate and agree that Plaintiff shall have until October 31, 2006 to file a reply brief to Defendant's Motion for Protective Order.

**For Plaintiff:**
**RICHARD R. WIER, JR. P.A.**

  /s/ Richard R. Wier, Jr.  
Richard R. Wier, Jr. (#716)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222

**For Defendants:**
**NELSON LEVINE deLUCA & HORST, LLC**

  /s/ Mark C. Stephenson  
Mark C. Stephenson
Four Sentry Parkway, Suite 300
Blue Bell, PA 19422
(610)862-6575

Dated:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KELLY ROARTY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 06-0195GMS |
| | : | |
| TYCO INTERNATIONAL, LTD GROUP BUSINESS TRAVEL ACCIDENT INSURANCE PLAN AND LIFE INSURANCE COMPANY OF NORTH AMERICA. | : : : : : | |

## ORDER

Upon presentation and consideration of The Parties' Stipulation to Extend Time for Plaintiff to Respond to Defendant's Motion for Protective Order,

IT IS ORDERED this _____ day of _____, 2006 that:

1. Plaintiff's request is granted;

2. Plaintiff's time to respond is extended to October 31, 2006.

_____
The Honorable Gregory M. Sleet