UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY ROARTY | : |
| Plaintiff, | : |
| v. | : Civil Action |
| TYCO INTERNATIONAL. LTD. GROUP BUSINESS TRAVEL ACCIDENT INSURANCE PLAN AND LIFE INSURANCE COMPANY OF NORTH AMERICA, Defendants. | : No: 06-0195-GMS |

### STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Plaintiff Kelly Roarty and Defendants Tyco International, Ltd. Group Business Travel Accident Insurance Plan and Life Insurance Company of North America, by and through their respective counsel, hereby stipulate and agree that Plaintiff shall have until October 31, 2006 to file a reply brief to Defendant's Motion for Protective Order.

The basis for this stipulation is as follows: The attorney who has been handling the substantive aspects of Plaintiff's case, Daniel Scialpi, Esq., who was Mr. Wier's only associate and who was going to prepare Plaintiff's response to the Motion for a Protective Order, has left Mr. Wier's firm, effective the beginning of the month and is going into the Army. His departure has left Mr. Wier with the schedule of two attorneys and has severely impacted the ability to research and respond to the Motion. Mr. Wier has discussed these factors with Mr. Stephenson and he readily understood and agreed to the extension.

| For Plaintiff: | For Defendants: |
|---|---|
| **RICHARD R. WIER, JR. P.A.** | **NELSON LEVINE deLUCA & HORST, LLC** |
| /s/ Richard R. Wier, Jr. | /s/ Mark C. Stephenson |
| Richard R. Wier, Jr. (#716) | Mark C. Stephenson |
| Two Mill Road, Suite 200 | Four Sentry Parkway, Suite 300 |
| Wilmington, DE 19806 | Blue Bell, PA 19422 |
| (302)888-3222 | (610)862-6575 |

Dated:

So Ordered this 10th day of October, 2006.

_____
Hon. Gregory M. Sleet
United States District Court Judge