## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KELLY ROARTY,**<br><br>       **Plaintiff(s)**<br><br>     v.<br><br>**TYCO INTERNATIONAL, LTD. GROUP BUSINESS TRAVEL ACCIDENT INSURANCE PLAN AND LIFE INSURANCE COMPANY OF NORTH AMERICA,**<br><br>       **Defendants.** | **Civil Action No: 06-0195-GMS** |

## DEFENDANT'S REPLY TO PLAINTIFF'S ANSWERING BRIEF TO MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26 (c) (1) and (4) and in reply to Plaintiff's Answering Brief to Defendant's Motion for Protective Order to Limit Discovery to the Administrative Record, Defendants Tyco International, Ltd. Group Business Travel Accident Insurance Plan ("Plan") and Life Insurance Company of North America ("LINA") submit the following brief arguments and legal authorities.

### I.  DEFENDANTS' MOTION TO LIMIT DISCOVERY IS FAVORED UNDER RECENT THIRD CIRCUIT PRECEDENT

As Defendants showed in their memorandum of law supporting this motion, the type of language used in the Policy to convey Tyco's delegation of claims discretion to LINA has been recognized as sufficiently explicit to do so. Several district courts of this circuit have recently held nearly identical policy provisions to have been effective to delegate claims discretion. *See, e.g., Cimino v. Reliance Standard Life Ins. Co.*, No. 00-2088, 2001 WL 253791, *2-3 (E.D.Pa. 2001.); *Ott v. Litton Industries, Inc.*, No. 4:04-CV-763, 2005 WL

1215958, *6 (M.D.Pa. 2005); *Dinote v. United of Omaha Life Ins. Co.*, 331 F. Supp. 341, 345 n2 (E.D. Pa. 2004).

The Third Circuit has expressly restricted the generally broad scope of discovery that Federal Rule of Civil Procedure 26 otherwise allows and Plaintiff's arguments offer no exception to this. In cases like this one, where the Court should apply an arbitrary and capricious standard of review, the Third Circuit has restricted the evidentiary record to that which was before the plan administrator. That record cannot be supplemented during litigation. *Kosiba v. Merck & Co.*, 384 F.3d 58, 67 n. 5 (3d Cir.2004) (citing *Mitchell*, 113 F.3d at 440).

Those cases, most notably *Pinto v. Reliance Standard Life Ins. Co.*, 214 F.3d 377 (3d Cir.2000), which addressed the potential for a conflicted or biased claim fiduciary, focused their attention on situations where the fiduciary was being asked to grant claims that it would then have to pay from its own assets. Here, Tyco has no liability to pay this claim; only LINA does. LINA had the duty to investigate the claim and did so by asking Tyco to advise whether it had authorized Mr. Roarty to travel on business on its behalf. Tyco's answer – yes or no – put it under no financial burden to fund the Plan benefits at issue here.

As a result, the highly limited discovery to consider potential bias and conflict that is potentially available when a reviewing court decides whether to employ the arbitrary and capricious standard or a more heightened standard of review would be irrelevant here, and discovery should not be allowed.

## II.   PLAINTIFF MISAPPREHENDS THE NATURE OF TYCO'S DELEGATION OF CLAIMS HANDLING DISCRETION TO LINA AND THE EFFECTS OF TYCO'S ACT.

Plaintiff suggests that LINA as claim fiduciary to the Plan delegated a fiduciary duty to Tyco to investigate the factual basis for claimant's assertion that Kevin Roarty was engaged in authorized business travel at the time of his death. *See* Answering Brief, p. 14. Of course, this is precisely the reverse of Tyco's delegation of discretion to LINA to resolve claims – a delegation that also included the power to resolve factual issues that claims present.

In this claim, entitlement to benefits required not only that Mr. Roarty die as the result of an accident but also that his death had to occur when he was engaged in business travel that his employer had authorized. After receipt of this claim, LINA contacted Tyco, not as sponsor of the Plan but as Mr. Roarty's employer, to ascertain that Tyco had authorized Mr. Roarty travel on business on its behalf. On at least two occasions, Tyco has told LINA that it did not. Tyco's response to LINA's investigatory question did not trigger a fiduciary duty on Tyco's part because by doing so Tyco did not exercise discretionary authority or discretionary control respecting management of such plan or authority or control respecting management or disposition of its assets or retain discretionary authority or discretionary responsibility in regard of administration claims made to the Plan – the sine qua non's of fiduciary liability under ERISA. 29 U.S.C. § 1002(21)(A)(i), (iii). Tyco simply answered the question that LINA asked.

Plaintiff's confusion extends to the facts of Tyco's delegation itself. The ERISA insurance policy in this case delegates claim discretion to LINA in two places. A copy of the entire Policy is attached as Exhibit One (AR0001-0052). At page 20 of the Policy, the Policy delegates claim discretion on the following terms:

> The Plan Administrator of the Employer's employee welfare benefit plan (the Plan) has applied the Insurance Company as the Plan fiduciary under federal law for the review of claims for benefits provided by this Policy and for deciding appeals of denied claims, In this role the Insurance Company shall have the authority, in its discretion, to interpret the terms of the Plan documents, to decide questions of eligibility for coverage or benefits under the Plan, and to make any related findings of fact. All decisions made by the Insurance Company in this capacity shall be final and binding on participants and beneficiaries of the Plan to the full extent permitted by law.

*See* Exhibit One (AR0036). Later in the Policy, an amendment whose scope is limited to New Hampshire reiterates the same provision. Plaintiff's reliance on the amendment to suggest that Tyco's delegation was limited to claims made in New Hampshire is inconsistent with the Plan and Policy language and is therefore misplaced.

The effect of Plaintiff's misconstruction of the Policy is to undercut entirely her contention that the Court should proceed with a *de novo* review. The Policy makes clear that Tyco granted LINA claims discretion, using language effective for that purpose, and that the division of interests between LINA and Tyco, as they impact this claim, make any issue of conflict or bias remote such that the Court should heighten the scrutiny of its review slightly, if at all.

### III.  TYCO CANNOT BE HELD LIABLE DIRECTLY FOR PAYMENT OF THE PLAN BENEFITS AT ISSUE.

Plaintiff's contention that Tyco, as plan sponsor and named fiduciary to the Plan, is liable to her fails to recognize the delegation of claims fiduciary responsibility as an act taken pursuant to ERISA §405(c), "Allocation of fiduciary responsibility; designated persons to carry out fiduciary responsibilities," 29 U.S.C. § 1105(c).

ERISA §405(c)(1) authorizes a Plan to allow a named fiduciary to designate another person to carry out fiduciary responsibilities. 29 U.S.C. §1105(c)(1). When such a delegation of fiduciary responsibility occurs, the allocating fiduciary is no longer responsible for the acts or omissions of the person now carrying out the delegated fiduciary responsibility, except to the extent that its procedure and selection of the person to act as a fiduciary was imprudent under 29 U.S.C. §1104(a)(1). *See, e.g., Gelardi v. Pertec Computer Corp.*, 761 F.2d 1323, 1324-25 (9th Cir.1985) ("Once Pertec appointed the Plan Administrator and gave him control over the Plan, Pertec was no longer a fiduciary because it retained no discretionary control over the disposition of claims"); *see also Curcio v. John Hancock Mut. Life Ins. Co.*, 33 F.3d 226 (3d Cir. 1994) (agreeing with *Gelardi's* holding but applying that analysis to find fiduciary status under different facts).

The fiduciary functions at issue here – determining eligibility for benefits and paying them to claimants – are also precisely the subject matter of Tyco's delegation. Thus, if any entity is liable to Plaintiff (and Defendants strongly argue that they are not liable), only LINA can be so.

## IV.    THE POLICY LANGUAGE IS UNAMBIGUOUS TO REQUIRE THAT COVERED TRAVEL MUST BE "AUTHORIZED" BY THE EMPLOYER.

The Plan "… will pay the benefits described in the policy for any accident which occurs anywhere in the world while a covered person, on a business trip, is traveling or making a short stay away from your premises in his city of permanent assignment; and on business for you, and in the course of your business. All trips must be authorized by you." *See* Exhibit One (AR0002).

The Policy defines the term "you" to mean Tyco. See Exhibit One (AR0001). The Policy does not define the term "authorized;" however, commonly used dictionaries define the term with near identical consistency.

Webster's Dictionary defines "authorize" to mean "to give authority or power to," "to approve or permit (sanction)," and "to be sufficient grounds for (justify)". Webster's II New College Dictionary 77 (3d ed. 2005). The American Heritage Dictionary defines "authorize" almost identically to mean "to grant or give authority to," "to approve or give permission for (sanction)," and "to be sufficient grounds for (justify)." American Heritage Dictionary 142 (2d College ed. 1985). Black's Law Dictionary defines "authorize" to mean: "To empower; to give a right or authority to act. To endow with authority or effective legal power, warrant or right. (Citation omitted.) To permit a thing to be done in the future. It has a mandatory effect or meaning, implying a direction to act." Black's also offers as a second meaning: "'Authorized' is sometimes construed as equivalent to 'permitted;' or 'directed,' or to similar mandatory language. Possessed of authority; that is possessed of legal or rightful power …"

Reading into the Policy these substantially identical definitions, the Plan pays benefits when a covered employee dies in an accident which occurs anywhere in the world while on a business trip that the employer has approved or given permission for, and is traveling in the course of the employer's business. More accurately put, Plaintiff's grievance with Tyco is less that it says that it did not authorize Mr. Roarty's trip but rather that Tyco protest declines to adopt as its own the trip that Plaintiff describes as one that was taken for the purposes of Tyco's business. The facts, as laid out in the Administrative Record and as Plaintiff cites them, bear out that Tyco's position as Mr Roarty's employer is consistent with the facts.

There is no dispute in this case that Tyco had a customer near Pittsburgh, who was having problems with Tyco equipment and complained. Mr. Roarty had been among those Tyco employees – but clearly not the only one – who worked to solve the customer's problem.

Regardless of the customer's complaint, Mr. Roarty had planned to travel to Pittsburgh for a wedding. Before he left and while the customer complaint still festered, he volunteered to stop at the customer site on his way to Pittsburgh. While en route, his superiors resolved the customer's problem over the telephone. Mr. Roarty never went to the customer site and traveled to Pittsburgh on his personal trip, uninterrupted. A hypothetical trip taken on his employer's behalf would have begun when Mr. Roarty diverted from his personal trip to attend the wedding, presumably exiting the Pennsylvania Turnpike, to drive to the customer site. When he returned from the site and re-entered the Turnpike, the hypothetical business trip would have been over. The trip did not occur because Tyco

solved the customer complaint without Mr. Roarty's involvement.    No business trip happened.

Once he received word that the customer issue was solved, Mr. Roarty knew or should have known that he was traveling on his own business, attending a wedding with his family.   A week later, returning from the wedding, his children in the car, he was killed in an automobile accident in Lancaster County, Pennsylvania – far from Pittsburgh and the customer site.   Under these circumstances, Tyco's statement as Mr. Roarty's employer was consistent with the facts contained in the Administrative Record and LINA was entitled to rely on them.

Plaintiff's disagreement with Tyco's decision to tell Mr. Roarty that there was no longer a need that he visit the customer site would not change Tyco's decision or its result, and discovery on that issue – while potentially illuminating how the decision was reached – would not result in Plaintiff becoming entitled to benefits.  The Court should deny an expansion of the narrow limits of discovery that the Third Circuit has imposed in cases like this one for reasons such as Plaintiff has advanced.

## V.    CONCLUSION

Defendants respectfully request that the Court grant their Motion for Protective Order and limit discovery to the administrative record.

**NELSON LEVINE de LUCA & HORST, LLC**

MARK STEPHENSON, ESQUIRE
Four Sentry Parkway – Suite 300
Blue Bell, PA 19422
(610) 862-6575
mstephenson@nldhlaw.com

and

**BY:**        **/s/ Jeffrey K. Martin**
JEFFREY K. MARTIN (#2407)
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
jmartin@margolisedelstein.com

Attorneys for Defendants Tyco International, Ltd.
Group Business Travel Accident Insurance Plan and
Life Insurance Company of North America

Dated: November 3, 2006

# EXHIBIT ONE

1

LIFE INSURANCE COMPANY
OF NORTH AMERICA
1601 CHESTNUT STREET,
PHILADELPHIA, PENNSYLVANIA, 19192
A STOCK INSURANCE COMPANY

ABL 661690
BLANKET ACCIDENT POLICY

### THIS IS AN ACCIDENT ONLY POLICY.
### IT DOES NOT PAY BENEFITS FOR LOSS CAUSED BY SICKNESS.
### THIS IS A LIMITED POLICY.
### READ IT CAREFULLY.

This is a contract between us, the Life Insurance Company of North America, and you:

| | |
|---|---|
| Name, Address And Nature of Business of Policyholder: | Tyco International Ltd. One Tyco Park Exeter, NH 03833 |
| | Communications Equipment |

Policy Term--This policy will go into effect on July 1, 2002, and will expire on July 1, 2005, at 12:01 a.m. standard time at your address. The policy anniversary will be July 1. Unless this policy is terminated by you or us (see General Provisions), this policy may be renewed for additional terms at the premium rates in effect at time of renewal.

Scope Of Coverage--In exchange for the payment of premiums (as set forth in Schedule III), we agree to pay benefits to all eligible persons (as defined in Schedule I):
   a)   who suffer injury to the body in any of the types of accidents described in Schedule IV, which happens while he is covered by this policy; and
   b)   who, as a direct result of the injuries, and from no other cause, suffer a covered loss (as defined in Description of Coverage).
This coverage is subject to the exclusions shown on a later page, and to all of the other terms of this policy. This is an accident only policy. It does not pay benefits for loss caused by sickness. Read your policy with care.

This policy shall be governed by the laws of the state in which it is delivered. As used in this policy, "he" and "his" includes "she" and "her."

IN WITNESS WHEREOF, we have signed this policy at Philadelphia, Pennsylvania.

Robert J. Upton, Secretary

Michael W. Bell, President

Countersigned

## PITTSBURGH

### OCT 3 0 2002

Group Life & Disability
Coverage Unit

LM-9359

U.S.D.C. – District of Delaware:  Docket No: 06-0195-GMS
Roarty v. Tyco Int'l Ltd., Group BTA Plan, et al.
Def. Reply to Pltf Answering Brief to Motion for Prot. Order
Exhibit 1

AR0001

10

**BLANKET ACCIDENT POLICY**

| | |
|---|---|
| Policyholder: Tyco International Ltd. | Schedule Date: July 1, 2002 |
| Part of Policy No. ABL 661690 | Applies To Classes: 1, 2 & 3 |

**SCHEDULE IV**
**HAZARDS INSURED AGAINST**

**24 HOUR COVERAGE WHILE TRAVELING ON BUSINESS AWAY FROM THE PREMISES OF THE POLICYHOLDER (Owned Aircraft Not Covered)**

We will pay the benefits described in the policy for any accident which occurs anywhere in the world while a covered person, on a business trip, is traveling or making a short stay:

a)      away from your premises in his city of permanent assignment; and
b)      on business for you, and in the course of your business.

All such trips must be authorized by you.

This coverage does not include:

a)      commuting between the covered person's home and place of work; or
b)      during personal deviations made by the covered person.

"Personal deviation" as used here, means an activity that is not reasonably related to your business, and not incidental to the business trip.

This coverage will start at the actual start of a trip. It does not matter whether the trip starts at the covered person's home, place of work, or other place. This coverage will end when the covered person:

a)      arrives at his home or place of work, whichever happens first; or
b)      makes a personal deviation.

If a covered person travels to another city, and is expected to remain there for more than 60 days, this shall be deemed a change in his city of permanent assignment.

**Exposure And Disappearance**--This coverage includes exposure to the elements, after the forced landing, stranding, sinking, or wrecking of a vehicle in which the covered person was traveling on business for you.

A covered person will be presumed to have died, for purposes of this coverage, if:

a)      he is in a vehicle which disappears, sinks, or is stranded or wrecked, in the course of a trip which would be covered by the policy; and
b)      his body is not found within a year of the accident.

**Aircraft Restrictions**--If the accident happens while a covered person is riding in, or getting on or off of, an aircraft, we will pay benefits, but only if:

a)      he is riding as a passenger only, and not as a pilot or member of the crew; and
b)      the aircraft has a valid certificate of airworthiness; and
c)      the aircraft is flown by a pilot with a valid license; and
d)      the aircraft is not being used for: (i) crop dusting, spraying, or seeding; fire fighting; sky writing; sky diving or hang gliding; pipeline or power line inspection; aerial photography or exploration; racing, endurance tests, stunt or acrobatic flying; or (ii) any operation which requires a special permit from the FAA, even if it is granted (this does not apply if the permit is required only because of the territory flown over or landed on).

**Owned Aircraft Not Covered**--We will not pay benefits if the aircraft is owned, leased or controlled by you, or any of your subsidiaries or affiliates. An aircraft will be deemed to be "controlled" by you if you may use it as you wish for more than 10 straight days, or more than 15 days in any year.

Unless otherwise provided, we will pay benefits only once for any one covered loss, even if it was caused by more than one covered hazard.

LM-9D84

[2229]

AR0002

# Life Insurance Company of North America
## 1601 Chestnut Street, Philadelphia, Pennsylvania 19192-2235
## A Stock Insurance Company

## GROUP ACCIDENT POLICY

| | |
|---|---|
| **POLICYHOLDER:** | Trustee of the Group Insurance Trust for Employers in the Manufacturing Industry |
| **POLICY NUMBER:** | OK 826564 |
| **POLICY EFFECTIVE DATE:** | July 1, 2002 |
| **POLICY ANNIVERSARY DATE:** | January 1 |
| **STATE OF ISSUE:** | Delaware |

This Policy describes the terms and conditions of insurance. This Policy goes into effect subject to its applicable terms and conditions at 12:01 AM on the Policy Effective Date shown above at the Policyholder's address. The laws of the State of Issue shown above govern this Policy.

We and the Policyholder agree to all of the terms of this Policy.

**THIS IS A GROUP ACCIDENT ONLY INSURANCE POLICY.
IT DOES NOT PAY BENEFITS FOR LOSS CAUSED BY SICKNESS.**

**THIS IS A LIMITED POLICY.
PLEASE READ IT CAREFULLY.**

Robert J. Upton, Secretary

Michael W. Bell, President

Countersigned
Where Required By Law

GA-00-1000.00

1

AR0003

# TABLE OF CONTENTS

| SECTION | PAGE NUMBER |
|---|---|
| SCHEDULE OF AFFILIATES | 4 |
| SCHEDULE OF BENEFITS | 5 |
| GENERAL DEFINITIONS | 12 |
| ELIGIBILITY AND EFFECTIVE DATE PROVISIONS | 16 |
| COMMON EXCLUSIONS | 18 |
| CONVERSION PRIVILEGE | 19 |
| CLAIM PROVISIONS | 20 |
| ADMINISTRATIVE PROVISIONS | 22 |
| GENERAL PROVISIONS | 23 |
| ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGE | 25 |
| EXPOSURE AND DISAPPEARANCE COVERAGE | 26 |
| NATIONAL GUARD AND ARMED FORCES RESERVE COVERAGE | 26 |
| OWNED AIRCRAFT COVERAGE | 26 |
| PILOT COVERAGE | 27 |
| WAR RISK COVERAGE | 27 |
| ACCIDENTAL BURN AND DISFIGUREMENT BENEFIT | 27 |
| BEREAVEMENT AND TRAUMA COUNSELING BENEFIT | 28 |
| CHILD CARE CENTER BENEFIT | 28 |
| COMMON ACCIDENT BENEFIT | 29 |
| ELDER SURVIVOR BENEFIT | 29 |
| HIV OCCUPATIONAL ACCIDENT BENEFIT | 29 |
| HOME ALTERATION AND VEHICLE MODIFICATION BENEFIT | 30 |
| HOSPITAL STAY BENEFIT | 30 |
| INCREASED DEPENDENT CHILD DISMEMBERMENT BENEFIT | 31 |
| PERMANENT TOTAL DISABILITY BENEFIT - For Employees Only | 31 |
| PERMANENT TOTAL DISABILITY BENEFIT - For Spouses Only | 31 |

GA-00-1000.00                                    2

AR0004

REHABILITATION BENEFIT                                    32

SEATBELT BENEFIT                                          32

SPECIAL EDUCATION BENEFIT                                 32

SPOUSE RETRAINING BENEFIT                                 33

MODIFYING PROVISIONS AMENDMENT                            34

AR0005

## SCHEDULE OF AFFILIATES

The following affiliates are covered under this Policy on the effective dates listed below.

| AFFILIATE NAME | LOCATION | EFFECTIVE DATE |
|---|---|---|
| A&B Products | Secaucus, NJ | July 1, 2002 |
| ADT | Boca Raton, FL | July 1, 2002 |
| AFC Cable | New Bedford, MA | July 1, 2002 |
| Allied Tube & Conduit | Harvey, IL | July 1, 2002 |
| Ansul – Tyco Suppression Systems | Marinette, WI | July 1, 2002 |
| Earth Tech | Long Beach, CA | July 1, 2002 |
| Ludlow Coated Products | Homer, LA | July 1, 2002 |
| M/A - Com | Harrisburg, PA | July 1, 2002 |
| Simplex/Grinnell | Houston, TX | July 1, 2002 |
| Sonitrol | Westlake, TX | July 1, 2002 |
| Tyco Capital | Livingston, NJ | July 1, 2002 |
| TyCom – Tyco Telecommunications | Morristown, NJ | July 1, 2002 |
| Tyco Electronics | Harrisburg, PA | July 1, 2002 |
| TEPG/Simplex | Westminster, MA | July 1, 2002 |
| Tyco Fire Products | Lansdale, PA | July 1, 2002 |
| Tyco Flow Control | Cranston, RI | July 1, 2002 |
| Tyco Healthcare | Mansfield, MA | July 1, 2002 |
| Tyco International (US) Inc. | Boca Raton, FL | July 1, 2002 |
| Tyco Plastics LP | Minneapolis, MN | July 1, 2002 |
| Tyco Electronics – Printed Circuit Group | Enfield, CT | July 1, 2002 |
| Tyco Thermal Controls | Houston, TX | July 1, 2002 |
| Tyco Valves & Controls | Houston, TX | July 1, 2002 |
| Unistrut | Wayne, MI | July 1, 2002 |

GA-00-1000.00

4

AR0006

# SCHEDULE OF BENEFITS

*This Policy is intended to be read in its entirety. In order to understand all the conditions, exclusions and limitations applicable to its benefits, please read all the policy provisions carefully.*

The *Schedule of Benefits* provides a brief outline of the coverage and benefits provided by this Policy. Please read the *Description of Coverages and Benefits* Section for full details.

| | |
|---|---|
| Subscriber: | Tyco International (US) Inc. |
| Effective Date of Subscriber Participation: | July 1, 2002 |
| Minimum Subscriber Participation Requirements<br>Percentage | 20% of eligible Employees |

Covered Classes:

Class 1     All active, part-time and full-time Employees of the Employer regularly working a minimum of 20 hours per week.

GA-00-1100.00                                        5

AR0007

## SCHEDULE OF BENEFITS FOR CLASS 1

This *Schedule of Benefits* shows maximums, benefit periods and any limitations applicable to benefits provided in this Policy for each Covered Person unless otherwise indicated. Principal Sum, when referred to in this Schedule, means the Employee's Principal Sum in effect on the date of the Covered Accident causing the Covered Injury or Covered Loss unless otherwise specified.

**Eligibility Waiting Period**
The Eligibility Waiting Period is the period of time the Employee must be in a Covered Class to be eligible for coverage.

| | |
|---|---|
| For Employees hired on or before the Policy Effective Date: | None |
| For Employees hired after the Policy Effective Date: | The later of 31 days after the date of hire or the completion of any probationary period |

**Time Period for Loss:**

| | |
|---|---|
| Any Covered Loss must occur within: | 365 days of the Covered Accident |

### BASIC ACCIDENTAL DEATH AND DISMEMBERMENT BENEFITS

| | |
|---|---|
| Employee Principal Sum: | 1 times Annual Compensation rounded to the next higher $1,000, if not already a multiple thereof |
| Maximum Benefit: | $1,000,000 |

### SCHEDULE OF COVERED LOSSES

| Covered Loss | Benefit |
|---|---|
| Loss of Life | 100% of the Principal Sum |
| Loss of Two or More Hands or Feet | 100% of the Principal Sum |
| Loss of Sight of Both Eyes | 100% of the Principal Sum |
| Loss of Speech and Hearing (in both ears) | 100% of the Principal Sum |
| Quadriplegia | 100% of the Principal Sum |
| Paraplegia | 50% of the Principal Sum |
| Hemiplegia | 50% of the Principal Sum |
| Coma | |
| Monthly Benefit | 1% of the Principal Sum |
| Number of Monthly Benefits | 11 |
| Lump Sum Benefit | 100% of the Principal Sum |
| When Payable | Beginning of the 12th month |
| Loss of One Hand or Foot | 50% of the Principal Sum |
| Loss of Sight in One Eye | 50% of the Principal Sum |
| Loss of Speech | 50% of the Principal Sum |
| Loss of Hearing (in both ears) | 50% of the Principal Sum |
| Loss of all Four Fingers of the Same Hand | 25% of the Principal Sum |
| Loss of Thumb and Index Finger of the Same Hand | 25% of the Principal Sum |

**Age Reductions**
A Covered Person's Principal Sum will be reduced to the percentage of his Principal Sum in effect on the date preceding the first reduction, as shown below.

| Age | Percentage of Benefit Amount |
|---|---|
| 65 | 65% |

AR0008

## ADDITIONAL ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGES

Additional Accidental Death and Dismemberment benefits are provided under the following coverages. Any benefits payable under them are as shown in the *Schedule of Covered Losses* and are not paid in addition to any other Accidental Death and Dismemberment benefits.

EXPOSURE AND DISAPPEARANCE COVERAGE — Principal Sum multiplied by the percentage applicable to the Covered Loss, as shown in the *Schedule of Covered Losses*.

NATIONAL GUARD AND ARMED FORCES RESERVE COVERAGE — Principal Sum multiplied by the percentage applicable to the Covered Loss, as shown in the *Schedule of Covered Losses*.

OWNED AIRCRAFT COVERAGE — Principal Sum multiplied by the percentage applicable to the Covered Loss, as shown in the *Schedule of Covered Losses*.

PILOT COVERAGE — Principal Sum multiplied by the percentage applicable to the Covered Loss, as shown in the *Schedule of Covered Losses*.

WAR RISK COVERAGE — Principal Sum multiplied by the percentage applicable to the Covered Loss, as shown in the *Schedule of Covered Losses*.

## ADDITIONAL ACCIDENT BENEFITS

Any benefits payable under these *Additional Accident Benefits* shown below are paid in addition to any other Accidental Death and Dismemberment benefits payable.

ACCIDENTAL BURN AND DISFIGUREMENT BENEFIT
- 75-100% Body Disfigurement — 100% of the Principal Sum
- 50-74% Body Disfigurement — 75% of the Principal Sum
- 25-49% Body Disfigurement — 50% of the Principal Sum
- Burn Classification — second degree

BEREAVEMENT AND TRAUMA COUNSELING BENEFIT
- Benefit Amount — $150 per session
- Maximum Number of Sessions — 10 sessions
- Maximum Benefit Per Covered Accident — $1,500

ELDER SURVIVOR BENEFIT
- Lump Sum Benefit — 10% of the Principal Sum subject to a maximum of $50,000
- Default Benefit — $1,000

HIV OCCUPATIONAL ACCIDENT — 25% of the Principal Sum subject to a maximum of $100,000

HOME ALTERATION AND VEHICLE MODIFICATION BENEFIT
- Benefit — 10% of the Principal Sum subject to a maximum of $25,000

HOSPITAL STAY BENEFIT
- Benefit Amount — $100 per day
- Maximum Benefit Period — 365 days per Hospital Stay per Covered Accident
- Benefit Waiting Period — 7 days

PERMANENT TOTAL DISABILITY BENEFIT
- Benefit Waiting Period — 12 months
- Lump Sum Benefit — 100% of the Principal Sum

7

GA-00-1100.00

AR0009

**REHABILITATION BENEFIT**
Benefit per Covered Accident                          5% of the Principal Sum, subject to a maximum of $10,000

**SEATBELT BENEFIT**
Seatbelt Benefit                                      10% of the Principal Sum subject to a Maximum Benefit of
                                                      $25,000
Default Benefit                                       $1,000

**SPECIAL EDUCATION BENEFIT**
Surviving Dependent Child Benefit                     25% of the Principal Sum subject to a Maximum Benefit of
                                                      $10,000

Maximum Number of Annual Payments
For Each Surviving Dependent Child                    4
Default Benefit                                       $1,000

**SPOUSE RETRAINING BENEFIT**                         5% of the Principal Sum subject to a Maximum Benefit of
                                                      $10,000

### VOLUNTARY ACCIDENTAL DEATH AND DISMEMBERMENT BENEFITS

Employee Principal Sum:                               Option 1: $50,000
                                                      Option 2: 1, 2 or 3 times Annual Compensation rounded to the
                                                      next higher $1,000, if not already a multiple thereof
                                                      Maximum Benefit: $500,000

Spouse Principal Sum:                                 60% of the Employee's Principal Sum if no dependent children
                                                      are covered; 50% of the Employee's Principal Sum if dependent
                                                      children are covered
                                                      Maximum Benefit: $250,000

Dependent Child Principal Sum:                        20% of the Employee's Principal Sum if no spouse is covered;
                                                      10% of the Employee's Principal Sum if a spouse is covered
                                                      Maximum Benefit: $60,000

### SCHEDULE OF COVERED LOSSES

| Covered Loss | Benefit |
| --- | --- |
| Loss of Life | 100% of the Principal Sum |
| Loss of Two or More Hands or Feet | 100% of the Principal Sum |
| Loss of Sight of Both Eyes | 100% of the Principal Sum |
| Loss of Speech and Hearing (in both ears) | 100% of the Principal Sum |
| Quadriplegia | 100% of the Principal Sum |
| Paraplegia | 50% of the Principal Sum |
| Hemiplegia | 50% of the Principal Sum |
| Coma | |
| Monthly Benefit | 1% of the Principal Sum |
| Number of Monthly Benefits | 11 |
| Lump Sum Benefit | 100% of the Principal Sum |
| When Payable | Beginning of the 12th month |
| Loss of One Hand or Foot | 50% of the Principal Sum |
| Loss of Sight in One Eye | 50% of the Principal Sum |
| Loss of Speech | 50% of the Principal Sum |
| Loss of Hearing (in both ears) | 50% of the Principal Sum |
| Loss of all Four Fingers of the Same Hand | 25% of the Principal Sum |
| Loss of Thumb and Index Finger of the Same Hand | 25% of the Principal Sum |

AR0010

**Age Reductions**

A Covered Person's Principal Sum will be reduced to the percentage of his Principal Sum in effect on the date preceding the first reduction, as shown below.

| Age | Percentage of Benefit Amount |
|---|---|
| 70 but less than 74 | 82.5% |
| 75 but less than 79 | 57.5% |
| 80 but less than 84 | 37.5% |
| 85 and over | 20% |

## ADDITIONAL ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGES

Accidental Death and Dismemberment benefits are provided under the following coverages. Any benefits payable under them are as shown in the *Schedule of Covered Losses* and are not paid in addition to any other Accidental Death and Dismemberment benefits.

| | |
|---|---|
| **EXPOSURE AND DISAPPEARANCE COVERAGE** | Principal Sum multiplied by the percentage applicable to the Covered Loss, as shown in the *Schedule of Covered Losses*. |
| **NATIONAL GUARD AND ARMED FORCES RESERVE COVERAGE** | Principal Sum multiplied by the percentage applicable to the Covered Loss, as shown in the *Schedule of Covered Losses*. |
| **OWNED AIRCRAFT COVERAGE** | Principal Sum multiplied by the percentage applicable to the Covered Loss, as shown in the *Schedule of Covered Losses*. |
| **PILOT COVERAGE** | Principal Sum multiplied by the percentage applicable to the Covered Loss, as shown in the *Schedule of Covered Losses*. |
| **WAR RISK COVERAGE** | Principal Sum multiplied by the percentage applicable to the Covered Loss, as shown in the *Schedule of Covered Losses*. |

## ADDITIONAL ACCIDENT BENEFITS

Any benefits payable under these *Additional Accident Benefits* shown below are paid in addition to any other Accidental Death and Dismemberment benefits payable.

**ACCIDENTAL BURN AND DISFIGUREMENT BENEFIT**

| | |
|---|---|
| 75-100% Body Disfigurement | 100% of the Principal Sum |
| 50-74% Body Disfigurement | 75% of the Principal Sum |
| 25-49% Body Disfigurement | 50% of the Principal Sum |
| Burn Classification | second degree |

**BEREAVEMENT AND TRAUMA COUNSELING BENEFIT**

| | |
|---|---|
| Benefit Amount | $150 per session |
| Maximum Number of Sessions | 10 sessions |
| Maximum Benefit Per Covered Accident | $1,500 |

**CHILD CARE CENTER BENEFIT**

| | |
|---|---|
| Benefit Amount | 5% of the Employee's Principal Sum subject to a maximum of $10,000 per year |
| Maximum Benefit Period | not beyond age 13 for each surviving Dependent Child |

**COMMON ACCIDENT BENEFIT**

| | |
|---|---|
| Covered Spouse Benefit | up to 100% of the Employee's Principal Sum subject to a maximum of $500,000 |

GA-00-1100.00                                    9

AR0011

**ELDER SURVIVOR BENEFIT**
    Lump Sum Benefit               10% of the Principal Sum subject to a maximum of $50,000
    Default Benefit                $1,000

**HIV OCCUPATIONAL ACCIDENT**      25% of the Principal Sum subject to a maximum of
                                        $100,000

**HOME ALTERATION AND VEHICLE**
**MODIFICATION BENEFIT**
    Benefit                   10% of the Principal Sum subject to a maximum of $25,000

**HOSPITAL STAY BENEFIT**
    Benefit Amount            $100 per day
    Maximum Benefit Period     365 days per Hospital Stay per Covered Accident
    Benefit Waiting Period       7 days

**INCREASED DEPENDENT CHILD**    100% multiplied by the percentage of the Child's
**DISMEMBERMENT BENEFIT**       Principal Sum applicable to the Covered Loss, as shown in
                                     the *Schedule of Covered Losses*

**PERMANENT TOTAL DISABILITY BENEFIT – For Employees Only**
    Benefit Waiting Period       12 months
    Lump Sum Benefit              100% of the Principal Sum

**PERMANENT TOTAL DISABILITY BENEFIT – For Spouses Only**
    Benefit Waiting Period       12 months
    Total of Monthly Benefits     100% of the Principal Sum
    Monthly Benefit Payment    1% of the Principal Sum

**REHABILITATION BENEFIT**
    Benefit per Covered Accident   5% of the Principal Sum, subject to a maximum of $10,000

**SEATBELT BENEFIT**
    Seatbelt Benefit            10% of the Principal Sum subject to a Maximum Benefit of
                                     $25,000
    Default Benefit               $1,000

**SPECIAL EDUCATION BENEFIT**
    Surviving Dependent Child Benefit  25% of the Principal Sum subject to a Maximum Benefit of
                                     $10,000

    Maximum Number of Annual Payments
    For Each Surviving Dependent Child   4
    Default Benefit               $1,000

**SPOUSE RETRAINING BENEFIT**    5% of the Principal Sum subject to a Maximum Benefit of
                                      $10,000

AR0012

INITIAL PREMIUM RATES

Premium Rate:

Basic Insurance
Employee Rate:   $0.015 per $1000
Voluntary Insurance
Employee Rate:   $0.012 per $1000
Family Rate:      $0.024 per $1000

Mode of Premium Payment:          Monthly

Contributions:          The cost of the coverage is paid by the Subscriber and the Employee

Premium Due Dates:          The Policy Effective Date and the first day of each succeeding modal
period

Premium rates are subject to change in accordance with the *Changes in Premium Rates* section contained in the
*Administrative Provisions* section of this Policy.

GA-00-1100.00          11

AR0013

# GENERAL DEFINITIONS

Please note that certain words used in this Policy have specific meanings. The words defined below and capitalized within the text of this Policy have the meanings set forth below.

**Active Service**

An Employee will be considered in Active Service with his employer on any day that is either of the following:
1. one of the Employer's scheduled work days on which the Employee is performing his regular duties on a full-time basis, either at one of the Employer's usual places of business or at some other location to which the Employer's business requires the Employee to travel;
2. a scheduled holiday, vacation day or period of Employer-approved paid leave of absence, other than sick leave, only if the Employee was in Active Service on the preceding scheduled workday.

A person other than an Employee is considered in Active Service if he is none of the following:
1. an Inpatient in a Hospital or receiving Outpatient care for chemotherapy or radiation therapy;
2. confined at home under the care of Physician for Sickness or Injury;
3. Totally Disabled.

**Age**

A Covered Person's Age, for purposes of initial premium calculations, is his Age attained on the date coverage becomes effective for him under this Policy. Thereafter, it is his Age attained on his last birthday.

**Aircraft**

A vehicle which:
1. has a valid certificate of airworthiness; and
2. is being flown by a pilot with a valid license to operate the Aircraft.

**Annual Compensation**

An Employee's annual earnings for normal work established by the Subscriber for his job classification.

**Covered Accident**

A sudden, unforeseeable, external event that results, directly and independently of all other causes, in a Covered Injury or Covered Loss and meets all of the following conditions:
1. occurs while the Covered Person is insured under this Policy;
2. is not contributed to by disease, Sickness, mental or bodily infirmity;
3. is not otherwise excluded under the terms of this Policy.

**Covered Injury**

Any bodily harm that results directly and independently of all other causes from a Covered Accident.

**Covered Loss**

A loss that is all of the following:
1. the result, directly and independently of all other causes, of a Covered Accident;
2. one of the Covered Losses specified in the *Schedule of Covered Losses*;
3. suffered by the Covered Person within the applicable time period specified in the *Schedule of Benefits*.

**Covered Person**

An eligible person, as defined in the *Schedule of Benefits*, for whom an enrollment form has been accepted by Us and required premium has been paid when due and for whom coverage under this Policy remains in force. The term Covered Person shall include, where this Policy provides coverage, an eligible Spouse and eligible Dependent Children.

GA-00-1200.00                                    12

AR0014

| | |
|---|---|
| **Dependent Child(ren)** | An Employee's unmarried child who meets the following requirements:<br>1. A child from live birth to 19 years old;<br>2. A child who is 19 or more years old but less than 23 years old, enrolled in a school as a full-time student and primarily supported by the Employee;<br>3. A child who is 19 or more years old, primarily supported by the Employee and incapable of self-sustaining employment by reason of mental or physical handicap. Proof of the child's condition and dependence must be submitted to Us within 31 days after the date the child ceases to qualify as a Dependent Child for the reasons listed above. During the next two years, We may, from time to time, require proof of the continuation of such condition and dependence. After that, We may require proof no more than once a year.<br><br>A child, for purposes of this provision, includes an Employee's:<br>1. Natural child;<br>2. Adopted child, beginning with any waiting period pending finalization of the child's adoption;<br>3. Stepchild who resides with the Employee;<br>4. Child for whom the Employee is legal guardian, as long as the child resides with the Employee and depends on the Employee for financial support. Financial support means that the Employee is eligible to claim the dependent for purposes of Federal and State income tax returns. |
| **Domestic Partner** | A person of the same or opposite sex who:<br>1. shares the covered Employee's permanent residence;<br>2. has resided with the covered Employee continuously for at least six months and is expected to reside with the covered Employee indefinitely;<br>3. is financially interdependent with the covered Employee in each of the following ways:<br>   a. by holding one or more credit or bank accounts, including a checking account, as joint owners;<br>   b. by owning or leasing their permanent residence as joint tenants;<br>4. has signed a Domestic Partner declaration with the covered Employee if the covered Employee resides in a jurisdiction which provides for a Domestic Partner declaration;<br>5. has not signed a Domestic Partner declaration with any other person within the last 12 months;<br>6. is no less than 18 to 70 years of age;<br>7. is not legally married to any other person;<br>8. is not a blood relative any closer than would prohibit legal marriage.<br><br>In addition to the above requirements, consent of either party due to the Domestic Partner relationship must not have been obtained by force, duress or fraud.<br><br>A covered Employee may insure a Domestic Partner if all of the following conditions are met:<br>1. the covered Employee has not been married to any person within the past 12 months;<br>2. the Domestic Partner is the only person meeting this Policy's definition of "Domestic Partner" with respect to the covered Employee;<br>3. The covered Employee and the Domestic Partner furnish a notarized affidavit or signed statement reflecting these requirements, and an agreement to notify Us if the requirements cease to be met, on a form acceptable to Us. |
| **Employee** | For eligibility purposes, an Employee of the Employer who is in one of the Covered Classes. |

GA-00-1200.00                                13

AR0015

| Employer | The Subscriber and any affiliates, subsidiaries or divisions shown in the *Schedule of Covered Affiliates* and which are covered under this Policy on the date of issue or subsequently agreed to by Us. |
|---|---|
| He, His, Him | Refers to any individual, male or female. |

**Hospital**

An institution that meets all of the following:
1. it is licensed as a Hospital pursuant to applicable law;
2. it is primarily and continuously engaged in providing medical care and treatment to sick and injured persons;
3. it is managed under the supervision of a staff of medical doctors;
4. it provides 24-hour nursing services by or under the supervision of a graduate registered nurse (R.N.);
5. it has medical, diagnostic and treatment facilities, with major surgical facilities on its premises, or available on a prearranged basis;
6. it charges for its services.

The term Hospital does not include a clinic, facility, or unit of a Hospital for:
1. rehabilitation, convalescent, custodial, educational or nursing care;
2. the aged, drug addicts or alcoholics;
3. a Veteran's Administration Hospital or Federal Government Hospital unless the Covered Person incurs an expense.

**Hospital Stay**

A confinement in a Hospital, ordered by a Physician, over a period of time when room and board and general nursing care are provided at a per diem charge made by the Hospital. The Hospital Stay must result directly and independently of all other causes from a Covered Accident. Separate Hospital Stays due to the same Covered Accident will be treated as one Hospital Stay unless separated by at least 90 days.

**Inpatient**

A Covered Person who is confined for at least one full day's Hospital room and board. The requirement that a person be charged for room and board does not apply to confinement in a Veteran's Administration Hospital or Federal Government Hospital and in such case, the term "Inpatient" shall mean a Covered Person who is required to be confined for a period of at least a full day as determined by the Hospital.

**Nurse**

A licensed graduate Registered Nurse (R.N.), a licensed practical Nurse (L.P.N.) or a licensed vocational Nurse (L.V.N.) and who is not:
1. employed or retained by the Subscriber;
2. living in the Covered Person's household; or
3. a parent, sibling, spouse or child of the Covered Person.

**Outpatient**

A Covered Person who receives treatment, services and supplies while not an Inpatient in a Hospital.

**Prior Plan**

The plan of insurance providing similar benefits, sponsored by the Employer in effect immediately prior to this Policy's Effective Date.

**Physician**

A licensed health care provider practicing within the scope of his license and rendering care and treatment to a Covered Person that is appropriate for the condition and locality and who is not:
1. employed or retained by the Subscriber;
2. living in the Covered Person's household;
3. a parent, sibling, spouse or child of the Covered Person.

**Sickness**

A physical or mental illness.

GA-00-1200.00                    14

AR0016

| | |
|---|---|
| **Spouse** | The Employee's lawful spouse. |
| **Subscriber** | Any participating organization that subscribes to the trust to which this Policy is issued. |
| **Terrorism or Terrorist Act** | Any hostile or violent act carried out by a group of persons having political or military goals but not operating on behalf of a foreign state and whose purpose is to compel an act or omission by any other person or governmental entity. |
| **Totally Disabled or Total Disability** | Totally Disabled or Total Disability means either: |

1. inability of the Covered Person who is currently employed to do any type of work for which he is or may become qualified by reason of education, training or experience; or
2. inability of the Covered Person who is not currently employed to perform all of the activities of daily living including eating, transferring, dressing, toileting, bathing, and continence, without human supervision or assistance.

| | |
|---|---|
| **We, Us, Our** | Life Insurance Company of North America. |

GA-00-1200.00                           15

AR0017

# ELIGIBILITY AND EFFECTIVE DATE PROVISIONS

**Subscriber Effective Date**
Accident Insurance Benefits become effective for each Subscriber in consideration of the Subscriber's application, Subscription Agreement and payment of the initial premium when due. Insurance coverage for the Subscriber becomes effective on the Effective Date of Subscriber Participation as long as the Minimum Participation Requirement shown in the *Schedule of Benefits* has been satisfied.

**Eligibility**
An Employee becomes eligible for insurance under this Policy on the date he meets all of the requirements of one of the Covered Classes and completes any Eligibility Waiting Period, as shown in the *Schedule of Benefits*. A Spouse and Dependent Children of an eligible Employee become eligible for any dependent insurance provided by this Policy on the later of the date the Employee becomes eligible and the date the Spouse or Dependent Child meets the applicable definition shown in the *Definitions* section of this Policy. No person may be eligible for insurance under this Policy as both an Employee and a Spouse or Dependent Child at the same time.

**Effective Date for Individuals**
Insurance becomes effective for an eligible Employee who applies and agrees to make required contributions within 31 days of eligibility on the latest of the following dates:
1. the effective date of this Policy;
2. the date the Employee becomes eligible;
3. the date We receive the Employee's completed enrollment form and the required first premium, during his lifetime.

Insurance becomes effective for an Employee's eligible dependents if the Employee applies and agrees to make required contributions within 31 days of the date his dependents become eligible on the latest of the following dates:
1. the effective date of this Policy;
2. the date the Employee becomes eligible;
3. the date the Employee's insurance becomes effective;
4. the date the dependent meets this definition of Spouse or Dependent Child, as applicable;
5. the date We receive a completed enrollment form for Spous e and Dependent Child coverage and the required first premium, during each dependent's lifetime.

Insurance becomes effective for a newborn Dependent Child automatically from the moment of the child's live birth. Insurance for that Dependent Child automatically ends 31 days later unless the Employee has a Spouse or other Dependent Children insured under this Policy or makes a request to cover the child and pays the required initial premium, during the child's lifetime.

## DEFERRED EFFECTIVE DATE
**Active Service**
The effective date of insurance will be deferred for any Employee or any eligible Spouse or Dependent Child who is not in Active Service on the date coverage would otherwise become effective. Coverage will become effective on the later of the date he returns to Active Service and the date coverage would otherwise have become effective.

**Effective Date of Changes**
Any increase or decrease in the amount of insurance for the Covered Person resulting from:
1. a change in benefits provided by this Policy; or
2. a change in the Employee's Covered Class will take effect on the date of such change.
Increases will take effect subject to any Active Service requirement.

GA-00-1300.00                    16

AR0018

## TERMINATION OF INSURANCE

The insurance on a Covered Person will end on the earliest date below:

1.  the date this Policy or insurance for a Covered Class is terminated;
2.  the next premium due date after the date the Covered Person is no longer in a Covered Class or satisfies eligibility requirements under this Policy;
3.  the last day of the last period for which premium is paid;
4.  the next premium due date after the Covered Person attains the maximum Age for insurance under this Policy, as shown in the *Schedule of Benefits*;
5.  with respect to a Spouse or Dependent Child, the date of the death of the covered Employee or the date of divorce from the covered Employee unless the Spouse elects to continue insurance, including insurance on Dependent Children. See *Continuation of Insurance* section.

Termination will not affect a claim for a Covered Loss or Covered Injury that is the result, directly and independently of all other causes, of a Covered Accident that occurs while coverage was in effect.

## CONTINUATION OF INSURANCE

We will continue insurance under this Policy for a Spouse and Dependent Children of a covered Employee who dies, without payment of premium for 12 months. The Spouse and Dependent Children: (a) must have been insured under this Policy on the date the Employee died; and (b) must continue to meet all other requirements for eligibility. Coverage continued under this provision will terminate on the earlier of the end of the 12 [th] month and the date the Spouse or any Dependent Children ceases to meet all other requirements for eligibility.

### Continuation for Family Medical Leave

Insurance for an Employee and Covered Dependents may be continued until the earliest of the following dates if: (a) an Employee is on an Employer-approved family medical leave; and (b) required premium contributions are paid when due.

1.  for an Employer-approved family medical leave: 12 weeks in a consecutive 12-month period.

AR0019

## COMMON EXCLUSIONS

In addition to any benefit-specific exclusions, benefits will not be paid for any Covered Injury or Covered Loss which, directly or indirectly, in whole or in part, is caused by or results from any of the following unless coverage is specifically provided for by name in the *Description of Benefits* Section:

1. intentionally self-inflicted Injury, suicide or any attempt thereat while sane or insane;
2. commission or attempt to commit a felony or an assault;
3. commission of or active participation in a riot, insurrection or Terrorist Act;
4. declared or undeclared war or act of war;
5. flight in, boarding or alighting from an Aircraft or any craft designed to fly above the Earth's surface:
   a. except as a fare-paying passenger on a regularly scheduled commercial airline or as a passenger in a non-scheduled, private Aircraft used for pleasure purposes with no commercial intent during the flight;
   b. being flown by the Covered Person or in which the Covered Person is a member of the crew;
   c. being used for:
      i. crop dusting, spraying or seeding, giving and receiving flying instruction, fire fighting, sky writing, sky diving or hang-gliding, pipeline or power line inspection, aerial photography or exploration, racing, endurance tests, stunt or acrobatic flying; or
      ii. any operation that requires a special permit from the FAA, even if it is granted (this does not apply if the permit is required only because of the territory flown over or landed on);
   d. designed for flight above or beyond the earth's atmosphere;
   e. that is an ultra-light or glider;
   f. being used for the purpose of parachuting or skydiving;
   g. being used by any military authority, except an Aircraft used by the Air Mobility Command or its foreign equivalent.
6. Sickness, disease, bodily or mental infirmity, bacterial or viral infection or medical or surgical treatment thereof, except for any bacterial infection resulting from an accidental external cut or wound or accidental ingestion of contaminated food;
7. a Covered Accident that occurs while on active duty service in the military, naval or air force of any country or international organization. Upon Our receipt of proof of service, We will refund any premium paid for this time: Reserve or National Guard active duty training is not excluded unless it extends beyond 31 days.

AR0020

## CONVERSION PRIVILEGE

1.  If the Covered Person's insurance or any portion of it ends for a reason oth er than non-payment of premium, the Covered Person's Age or those reasons described in Paragraph 2 below, the Covered Person may have Us issue converted accident insurance on an individual policy or an individual certificate under a designated group policy. The Covered Person may not apply for an amount greater than his coverage under this Group Policy less the amount of any other group accident insurance for which he becomes eligible within 31 days after the date coverage under this Group Policy terminated. The policy or certificate will not contain disability or other additional benefits. The Covered Person need not show Us that he is insurable.

The Covered Person must apply for the individual policy within 31 days after his coverage under this Group Policy ends and pay the required premium, based on Our table of rates for such policies, his Age and class of risk.

The individual policy or certificate will take effect on the day following the date coverage under the Group Policy ended. If the Covered Person dies during this 31-day period as the result of an accident that would have been covered under this Group Policy, We will pay as a claim under this Group Policy the amount of insurance that the Covered Person was entitled to convert. It does not matter whether the Covered Person applied for the individual policy or certificate. If such policy or certificate is issued, it will be in exchange for any other benefits under this Group Policy.

2.  If the Covered Person's insurance ends because this Group Policy is terminated or is amended to terminate insurance for the Covered Person's class, and he has been covered under this Group Policy for at least five years, the Covered Person may have Us issue an individual policy or certificate of accident insurance subject to the same terms, conditions and limitations listed above. However, the amount he may apply for will be limited to the lesser of the following:
    a.  coverage under this Group Policy less any amount of group accident insurance for which he is eli gible on the date this Group Policy is terminated or for which he became eligible within 31 days of such termination, or
    b.  $10,000.

GA-00-1500.00                                  19

AR0021

## CLAIM PROVISIONS

### Notice of Claim
Written or authorized electronic/telephonic notice of claim must be given to Us within 31 days after a Covered Loss occurs or begins or as soon as reasonably possible. If written or authorized electronic/telephonic notice is not given in that time, the claim will not be invalidated or reduced if it is shown that written or authorized electronic/telephonic notice was given as soon as was reasonably possible. Notice can be given to Us at Our Home Office in Philadelphia, Pennsylvania, such other place as We may designate for the purpose, or to Our authorized agent. Notice should include the Subscriber's name and policy number and the Covered Person's name, address, policy and certificate number.

### Claim Forms
We will send claim forms for filing proof of loss when We receive notice of a claim. If such forms are not sent within 15 days after We receive notice, the proof requirements will be met by submitting, within the time fixed in this Policy for filing proof of loss, written or authorized electronic proof of the nature and extent of the loss for which the claim is made.

### Claimant Cooperation Provision
Failure of a claimant to cooperate with Us in the administration of the claim may result in termination of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

### Proof of Loss
Written or authorized electronic proof of loss satisfactory to Us must be given to Us at Our office, within 90 days of the loss for which claim is made. If (a) benefits are payable as periodic payments and (b) each payment is contingent upon continuing loss, then proof of loss must be submitted within 90 days after the termination of each period for which We are liable. If written or authorized electronic notice is not given within that time, no claim will be invalidated or reduced if it is shown that such notice was given as soon as reasonably possible. In any case, written or authorized electronic proof must be given not more than one year after the time it is otherwise required, except if proof is not given solely due to the lack of legal capacity.

The Plan Administrator of the Employer's employee welfare benefit plan (the Plan) has appointed the Insurance Company as the Plan fiduciary under federal law for the review of claims for benefits provided by this Policy and for deciding appeals of denied claims. In this role the Insurance Company shall have the authority, in its discretion, to interpret the terms of the Plan documents, to decide questions of eligibility for coverage or benefits under the Plan, and to make any related findings of fact. All decisions made by the Insurance Company in this capacity shall be final and binding on Participants and Beneficiaries of The Plan to the full extent permitted by law.

The Insurance Company has no fiduciary responsibility with respect to the administration of The Plan except as described above. It is understood that the Insurance Company's sole liability to the Plan and to Participants and Beneficiaries under The Plan shall be for the payment of benefits provided under this Policy.

### Time of Payment of Claims
We will pay benefits due under this Policy for any loss other than a loss for which this Policy provides any periodic payment immediately upon receipt of due written or authorized electronic proof of such loss. Subject to due written or authorized electronic proof of loss, all accrued benefits for loss for which this Policy provides periodic payment will be paid monthly unless otherwise specified in the benefits descriptions and any balance remaining unpaid at the termination of liability will be paid immediately upon receipt of proof satisfactory to Us.

### Payment of Claims
All benefits will be paid in United States currency. Benefits for loss of life will be payable in accordance with the Beneficiary provision and these Claim Provisions. All other proceeds payable under this Policy, unless otherwise stated, will be payable to the covered Employee or to his estate.

If We are to pay benefits to the estate or to a person who is incapable of giving a valid release, We may pay $1,000 to a relative by blood or marriage whom We believe is equitably entitled. Any payment made by Us in good faith pursuant to this provision will fully discharge Us to the extent of such payment and release Us from all liability.

AR0022

**Payment of Claims to Foreign Employees**
The Subscriber may, in a fiduciary capacity, receive and hold any benefits payable to covered Employees whose place of employment is other than the United States of America.

We will not be responsible for the application or disposition by the Subscriber of any such benefits paid. Our payments to the Subscriber will constitute a full discharge of Our liability for those payments under this Policy.

**Physical Examination and Autopsy**
We, at Our own expense, have the right and opportunity to examine the Covered Person when and as often as We may reasonably require while a claim is pending and to make an autopsy in case of death where it is not forbidden by law.

**Legal Actions**
No action at law or in equity may be brought to recover under this Policy less than 60 days after written or authorized electronic proof of loss has been furnished as required by this Policy. No such action will be brought more than three years after the time such written proof of loss must be furnished.

**Beneficiary**
The beneficiary is the person or persons the Employee names or changes on a form executed by him and satisfactory to Us. This form may be in writing or by any electronic means agreed upon between Us and the Subscriber. Consent of the beneficiary is not required to affect any changes, unless the beneficiary has been designated as an irrevocable beneficiary, or to make any assignment of rights or benefits permitted by this Policy. Any Accidental Death Benefit payable at the death of the Employee's Spouse or Domestic Partner or Dependent Child will be paid to the Employee or to his estate.

A beneficiary designation or change will become effective on the date the Employee executes it. However, We will not be liable for any action taken or payment made before We record notice of the change at our Home Office.

If more than one person is named as beneficiary, the interests of each will be equal unless the Employee has specified otherwise. The share of any beneficiary who does not survive the Covered Person will pass equally to any surviving beneficiaries unless otherwise specified.

If there is no named beneficiary or surviving beneficiary, or if the Employee dies while benefits are payable to him, We may make direct payment to the first surviving class of the following classes of persons:
1.    Spouse;
2.    Child or Children;
3.    Mother or father;
4.    Sisters or brothers;
5.    Estate of the Covered Person.

**Recovery of Overpayment**
If benefits are overpaid, We have the right to recover the amount overpaid by either of the following methods.
1.    A request for lump sum payment of the overpaid amount.
2.    A reduction of any amounts payable under this Policy.

If there is an overpayment due when the Covered Person dies, We may recover the overpayment from the Covered Person's estate.

GA-00-1600.00                                    21

AR0023

## ADMINISTRATIVE PROVISIONS

**Premiums**
All premium rates are expressed in, and all premiums are payable in, United States currency. The premiums for this Policy will be based on the rates set forth in the *Schedule of Benefits*, the plan and amounts of insurance in effect. If a Covered Person's insurance amounts are reduced due to age, premium will be based on the amounts of insurance in force on the day before the reduction took place.

**Changes in Premium Rates**
We may change the premium rates from time to time with at least 31 days advance written notice to the Subscriber. No change in rates will be made until 12 months after the Policy Effective Date. An increase in rates will not be made more often than once in a 12-month period. However, We reserve the right to change rates at any time if any of the following events take place:

1.      the terms of this Policy change;
2.      the terms of the Subscriber's participation change;
3.      a division, subsidiary, affiliated company or eligible class is added or deleted from this Policy;
4.      there is a change in the factors bearing on the risk assumed;
5.      any federal or state law or regulation is amended to the extent it affects Our benefit obligation.

**Payment of Premium**
The first premium is due on the Subscriber's effective date of participation under this Policy. Thereafter, premiums are due on the Premium Due Dates agreed upon between Us and the Subscriber. If any premium is not paid when due, the Subscriber's participation under this Policy will be terminated as of the Premium Due Date on which premium was not paid.

**Grace Period**
A Grace Period of 31 days will be granted to each Subscriber for payment of its required premiums under this Policy. A Subscriber's participation under this Policy will remain in effect during the Grace Period . The Subscriber is liable to Us for any unpaid premium for the time its participation under this Policy was in force.

A Grace Period of 31 days will be granted for payment of required premiums under this Policy. A Covered Person's insurance under this Policy will remain in force during the Grace Period. We will reduce any benefits payable for any claims incurred during the grace period by the amount of premium due. If no such claims are incurred and premium is not paid during the grace period, insurance will end on the last day of the period for which premiums were paid.

AR0024

# GENERAL PROVISIONS

**Entire Contract; Changes**
This Policy, including the endorsements, amendments and any attached papers constitutes the entire contract of insurance. No change in this Policy will be valid until approved by one of Our executive officers and endorsed on or attached to this Policy. No agent has authority to change this Policy or to waive any of its provisions.

**Subscriber Participation Under This Policy**
An organization may elect to participate under this Policy by submitting a signed Subscriber participation agreement to the Policyholder. No participation by an organization is in effect until approved by Us.

**Misstatement of Fact**
If the Covered Person has misstated any fact, all amounts payable under this Policy will be such as the premium paid would have purchased had such fact been correctly stated.

**Certificates**
Where required by law, We will provide a certificate of insurance for delivery to the Covered Person. Each certificate will list the benefits, conditions and limits of this Policy. It will state to whom benefits will be paid.

**30 Day Right To Examine Certificate**
If a Covered Person does not like the Certificate for any reason, it may be returned to Us within 30 days after receipt. We will return any premium that has been paid and the Certificate will be void as if it had never been issued.

**Multiple Certificates**
The Covered Person may have in force only one certificate at a time under this Policy. If at any time the Covered Person has been issued more than one certificate, then only the largest shall be in effect. We will refund premiums paid for the others for any period of time that more than one certificate was issued.

**Assignment**
We will be bound by an assignment of a Covered Person's insurance under this Policy only when the original assignment or a certified copy of the assignment, signed by the Covered Person and any irrevocable beneficiary, is filed with Us. The assignee may exercise all rights and receive all benefits assigned only while the assignment remains in effect and insurance under this Policy and the Covered Person's certificate remains in force.

**Incontestability**
1.   Of This Policy or Participation Under This Policy
All statements made by the Subscriber to obtain this Policy or to participate under this Policy are considered representations and not warranties. No statement will be used to deny or reduce benefits or be used as a defense to a claim, or to deny the validity of this Policy or of participation under this Policy unless a copy of the instrument containing the statement is, or has been, furnished to the Subscriber.

After two years from the Policy Effective Date, no such statement will cause this Policy to be contested except for fraud.

2.   Of A Covered Person's Insurance
All statements made by a Covered Person are considered representations and not warranties. No statement will be used to deny or reduce benefits or be used as a defense to a claim, unless a copy of the instrument containing the statement is, or has been, furnished to the claimant.

After two years from the Covered Person's effective date of insurance, or from the effective date of increased benefits, no such statement will cause insurance or the increased benefits to be contested except for fraud or lack of eligibility for insurance.

In the event of death or incapacity, the beneficiary or representative shall be given a copy.

AR0025

**Reporting Requirements**
The Subscriber or its authorized agent must report all of the following to Us by the premium due date:
1.    the names of all persons insured on the Policy Effective Date;
2.    the names of all persons who are insured after the Policy Effective Date;
3.    the names of those persons whose insurance has terminated;
4.    additional information required by Us.

**Policy Termination**
We may terminate coverage on or after the first anniversary of the policy effective date. The Subscriber may terminate coverage on any premium due date. Written or authorized electronic notice must be given at least 31 days prior to such premium due date.

Termination will not affect a claim for a Covered Loss that is the result, directly and independently of all other causes, of a Covered Accident that occurs while coverage was in effect.

**Reinstatement**
This Policy may be reinstated if it lapsed for nonpayment of premium. Requirements for reinstatement are written application of the Subscriber satisfactory to Us and payment of all overdue premiums. Any premium accepted in connection with a reinstatement will be applied to a period for which premium was not previously paid.

**Clerical Error**
A Covered Person's insurance will not be affected by error or delay in keeping records of insurance under this Policy. If such error or delay is found, We will adjust the premium fairly.

**Conformity with Statutes**
Any provisions in conflict with the requirements of any state or federal law that apply to this Policy are automatically changed to satisfy the minimum requirements of such laws.

**Policy Changes**
We may agree with the Subscriber to modify a plan of benefits without the Covered Person's consent.

**Workers' Compensation Insurance**
This Policy is not in place of and does not affect any requirements for coverage under any Workers' Compensation law.

**Examination of the Policy**
This Group Policy will be available for inspection at the Subscriber's office during regular business hours.

**Examination of Records**
We will be permitted to examine all of the Subscriber's records relating to this Group Policy. Examination may occur at any reasonable time while the Group Policy is in force; or it may occur:
1.    at any time for two years after the expiration of this Group Policy; or, if later,
2.    upon the final adjustment and settlement of all Group Policy claims.

The Subscriber is acting as an agent of the Covered Person for transactions relating to this insurance. The actions of the Subscriber will not be considered Our actions.

AR0026

# DESCRIPTION OF COVERAGES AND BENEFITS

This *Description of Coverages and Benefits* Section describes the Accident Coverages and Benefits provided by this Policy. Benefit amounts, benefit periods and any applicable aggregate and benefit maximums are shown in the *Schedule of Benefits*. Certain words capitalized in the text of these descriptions have special meanings within this Policy and are defined in the *General Definitions* section. Please read these and the *Common Exclusions* sections in order to understand all of the terms, conditions and limitations applicable to these coverages and benefits.

## ACCIDENTAL DEATH AND DISMEMBERMENT BENEFITS

**Covered Loss**

We will pay the benefit for any one of the Covered Losses listed in the *Schedule of Benefits*, if the Covered Person suffers a Covered Loss resulting directly and independently of all other causes from a Covered Accident within the applicable time period specified in the *Schedule of Benefits*.

If the Covered Person sustains more than one Covered Loss as a result of the same Covered Accident, benefits will be paid for the Covered Loss for which the largest available benefit is payable. If the loss results in death, benefits will only be paid under the Loss of Life benefit provision. Any Loss of Life benefit will be reduced by any paid or payable Accidental Dismemberment benefit. However, if such Accidental Dismemberment benefit equals or exceeds the Loss of Life benefit, no additional benefit will be paid.

**Definitions**

**Loss of a Hand or Foot** means complete Severance through or above the wrist or ankle joint.

**Loss of Sight** means the total, permanent loss of all vision in one eye which is irrecoverable by natural, surgical or artificial means.

**Loss of Speech** means total and permanent loss of audible communication which is irrecoverable by natural, surgical or artificial means.

**Loss of Hearing** means total and permanent loss of ability to hear any sound in both ears which is irrecoverable by natural, surgical or artificial means.

**Loss of a Thumb and Index Finger of the Same Hand or Four Fingers of the Same Hand** means complete Severance through or above the metacarpophalangeal joints of the same hand (the joints between the fingers and the hand).

**Paralysis or Paralyzed** means total loss of use of a limb. A Physician must determine the loss of use to be complete and irreversible.

**Quadriplegia** means total Paralysis of both upper and both lower limbs.

**Hemiplegia** means total Paralysis of the upper and lower limbs on one side of the body.

**Paraplegia** means total Paralysis of both lower limbs or both upper limbs.

**Coma** means a profound state of unconsciousness which resulted directly and independently from all other causes from a Covered Accident, and from which the Covered Person is not likely to be aroused through powerful stimulation. This condition must be diagnosed and treated regularly by a Physician. Coma does not mean any state of unconsciousness intentionally induced during the course of treatment of a Covered Injury unless the state of unconsciousness results from the administration of anesthesia in preparation for surgical treatment of that Covered Accident.

25

AR0027

Severance means the complete and permanent separation and dismemberment of the part from the body.

**Exclusions**
GA-00-2100.00

The exclusions that apply to this benefit are in the *Common Exclusions* section.

## ADDITIONAL ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGES

Accidental Death and Dismemberment benefits are provided under the following coverages. Any benefits payable under them are shown in the *Schedule of Covered Losses* and will not be paid in addition to any other Accidental Death and Dismemberment benefits payable.

### EXPOSURE AND DISAPPEARANCE COVERAGE

Benefits for Accidental Death and Dismemberment, as shown in the *Schedule of Covered Losses*, will be payable if a Covered Person suffers a Covered Loss which results directly and independently of all other causes from unavoidable exposure to the elements following a Covered Accident.

If the Covered Person disappears and is not found within one year from the date of the wrecking, sinking or disappearance of the conveyance in which the Covered Person was riding in the course of a trip which would otherwise be covered under this Policy, it will be presumed that the Covered Person's death resulted directly and independently of all other causes from a Covered Accident.

**Exclusions**
GA-00-2202.00

The exclusions that apply to this coverage are in the *Common Exclusions* Section.

### NATIONAL GUARD AND ARMED FORCES RESERVE COVERAGE

Benefits for Accidental Death and Dismemberment, as shown in the *Schedule of Covered Losses*, will be payable subject to the following conditions if the Covered Person suffers a Covered Loss resulting directly and independently of all other causes from a Covered Accident that occurs while the Covered Person is a member of the U.S. Military Reserve or National Guard.

While the Covered Person is a member of the U.S. Military Reserve or National Guard, coverage under this Policy will remain in force beyond the 31-day active duty training period and continue:
1. during the Covered Person's initial training period;
2. if the Covered Person is called to active duty for a domestic emergency.

**Exclusions**
GA-00-2204.00

The exclusions that apply to this coverage are in the *Common Exclusions* Section.

### OWNED AIRCRAFT COVERAGE

Benefits for Accidental Death and Dismemberment, as shown in the *Schedule of Covered Losses*, will be payable if the Covered Person suffers a Covered Loss that results directly and independently of all other causes from a Covered Accident that occurs during travel or flight in, including getting in or out of, any Aircraft that is owned, leased, operated or controlled by the Subscriber or any of its subsidiaries or affiliates. A record of eligible Aircraft will be maintained by the Subscriber and available for review by Us at any time during normal business hours. An Aircraft substituted for an eligible Aircraft will also be eligible if it has no greater seating capacity and the original Aircraft is withdrawn from normal use due to breakdown, repair, servicing, loss or destruction.

**Exclusions**
GA-00-2205.00

The exclusions that apply to this coverage are in the *Common Exclusions* Section.

26

AR0028

## PILOT COVERAGE

Benefits for Accidental Death and Dismemberment, as shown in the *Schedule of Covered Losses*, will be payable if the Covered Person suffers a Covered Loss resulting directly and independently of all other causes from a Covered Accident that occurs while the Covered Person is flying as a licensed pilot or member of the crew of an Aircraft and meets all of the following requirements:

1. has submitted a completed Pilot Data History form and been accepted for Pilot Coverage by Us;
2. maintains the same level of qualification stated on the Pilot Data History form submitted to and approved by Us;
3. completes and maintains a combined minimum of 200 hours of military, private or professional logged flight hours;
4. is flying as a pilot or member of the crew of an Aircraft for which he is qualified and that is:
   (a) on a list of eligible Aircraft maintained by the Subscriber, including a substitute Aircraft with no greater seating capacity while a listed Aircraft is withdrawn from normal use due to breakdown, repair, servicing, loss or destruction; or
   (b) not owned, leased, operated or controlled by the Subscriber;
5. is not giving or receiving flight instruction.

**Exclusions**     The exclusions that apply to this coverage are in the *Common Exclusions* Section.
GA-00-2206.00

## WAR RISK COVERAGE

Benefits for Accidental Death and Dismemberment as shown in the *Schedule of Covered Losses*, will be payable, subject to the following conditions and exclusions, if a Covered Person suffers a Covered Loss that results directly and independently of all other causes from a Covered Accident that occurs during war or acts of war that occur worldwide excluding the United States and the insured's country of citizenship.

The Subscriber may cancel this war risk coverage at any time by sending written notice to Us at Our home office address. Coverage will be canceled upon receipt of notice or a date specified by the Subscriber.

We may cancel this coverage at any time by providing written notice to the Subscriber at least 10 days prior to termination of this coverage. Any unearned premium will be promptly returned to the Subscriber.

**Exclusions**     This benefit does not provide coverage when a Covered Loss occurs:
   1. in the United States and its territories and possessions; or
   2. in any nation of which the Covered Person is a citizen.

Other exclusions that apply to this coverage are in the *Common Exclusions* Section.

GA-00-2208.00

## ADDITIONAL ACCIDENT BENEFITS

Accidental Death and Dismemberment benefits are provided under the following Additional Benefits. Any benefits payable under them will be paid in addition to any other Accidental Death and Dismemberment benefit payable.

## ACCIDENTAL BURN AND DISFIGUREMENT BENEFIT

We will pay the benefit shown in the *Schedule of Benefits* if a Covered Person suffers a Covered Injury that leaves him Disfigured, and that Covered Injury resulted directly and independently of all other causes from a Covered Accident. The Disfigurement must satisfy all of the conditions below.

1. reconstructive or cosmetic surgery is required to restore the Covered Person's physical abilities or correct Disfigurement, and must be performed within twelve months of the Covered Accident;
2. a Physician must determine that the burn satisfies all of the following:
   a. involves the minimum percentage shown in the *Schedule of Benefits*;
   b. be classified as shown in the *Schedule of Benefits*; and
   c. results in Disfigurement or loss of physical abilities.

27

AR0029

| | |
|---|---|
| **Definitions** | For purposes of this benefit:<br>**Disfigurement or Disfigured** means spoiled or deformed appearance that can be corrected by means of reconstructive or cosmetic surgery. |
| **Exclusions**<br>GA-00-2209.00 | The exclusions that apply to this benefit are in the *Common Exclusions* Section. |

## BEREAVEMENT AND TRAUMA COUNSELING BENEFIT

We will pay counseling sessions, up to the Maximum Benefit Amount shown in the *Schedule of Benefits* and subject to the following conditions and exclusions, when the Covered Person or Immediate Family Member requires bereavement and trauma counseling because the Covered Person suffered a Covered Loss that resulted directly and independently of all other causes from a Covered Accident. Such counseling must meet all of the following conditions:

1. covered bereavement and trauma counseling expenses must be incurred within one year from the date of the Covered Accident causing the Covered Loss;
2. the expense is charged for a bereavement or trauma counseling session for the Covered Person or one or more of his Immediate Family Members;
3. counseling is provided under the care, supervision or order of a Physician;
4. a charge would have been made if no insurance existed.

| | |
|---|---|
| **Definitions** | For purposes of this benefit:<br>**Immediate Family Member** means a person who is related to the Covered Person in any of the following ways: Spouse, brother-in-law, sister-in-law, son-in-law, daughter-in-law, mother-in-law, father-in-law, parent (includes stepparent), brother or sister (includes stepbrother or stepsister) or child (includes legally adopted child or stepchild). |
| **Exclusions** | Covered bereavement and trauma counseling benefits do not include any expense for which the Covered Person is entitled to benefits under any Workers' Compensation Act or similar law.<br><br>Other exclusions that apply to this benefit are in the *Common Exclusions* Section. |

GA-00-2214.00

## CHILD CARE CENTER BENEFIT

We will pay benefits shown in the *Schedule of Benefits* for the care of each surviving Dependent Child in a Child Care Center if death of the covered Employee results directly and independently of all other causes from a Covered Accident and all of the following conditions are met:

1. coverage for his Dependent Children was in force on the date of the Covered Accident causing his death; and
2. one or more surviving Dependent Children is under Age 13 and:
   a. was enrolled in a Child Care Center on the date of the Covered Accident; or
   b. enrolls in a Child Care Center within 90 days from the date of the Covered Accident.

This benefit will be payable to the Surviving Spouse if the Spouse has custody of the child. If the Surviving Spouse does not have custody of the child, benefits will be paid to the child's legally appointed guardian. Payments will be made at the end of each 12 month period that begins after the date of the covered Employee's death. A claim must be submitted to Us at the end of each 12 month period. A 12 month period begins:

1. when the Dependent Child enters a Child Care Center for the first time, within the period specified in (2b) above, after the covered Employee's death; or
2. on the first of the month following the covered Employee's death, if the Dependent Child was enrolled in a Child Care Center before the covered Employee's death.

Each succeeding 12 month period begins on the day immediately following the last day of the preceding period. Pro rata payments will be made for periods of enrollment in a Child Care Center of less than 12 months.

28

AR0030

Definitions      For purposes of this benefit:
Child Care Center is a facility which:
1.    is licensed and run according to laws and regulations applicable to child care facilities; and
2.    provides care and supervision for children in a group setting on a regular, daily basis.
A Child Care Center does not include any of the following:
1.    a Hospital;
2.    the child's home;
3.    care provided during normal school hours while a child is attending grades one through twelve.

Exclusions      The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2222.00

## COMMON ACCIDENT BENEFIT

We will increase the Loss of Life benefit payable for the covered Spouse to 100% of the Employee's Principal Sum if both the Employee and the covered Spouse die directly and independently of all other causes from a Common Accident and are survived by one or more Dependent Children.

Definition      For purposes of this benefit:
Common Accident means the same Covered Accident or separate Covered Accidents that occur within the same 24-hour period.

Exclusions      The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2224.00

## ELDER SURVIVOR BENEFIT

We will pay benefits to a Surviving Elder Dependent if death of the Covered Person results directly and independently of all other causes from a Covered Accident. Lump sums will be in amounts specified in the *Schedule of Benefits*.

The lump sum benefit will be payable in one payment when We receive due proof of the death of the Covered Person.

Benefit amounts will be divided equally among all Surviving Elder Dependents. Benefits for any Surviving Elder Dependent will be paid until that Surviving Elder Dependent's death.

If there is no Surviving Elder Dependent eligible for this benefit within 365 days after the date of the Covered Person's death, We will pay a one-time default benefit to the Covered Person's beneficiary.

Definition      For purposes of this benefit:
Surviving Elder Dependent means a parent, parent-in-law, grandparent, grandparent-in-law, great-grandparent, great-grandparent-in-law (whether natural, step or adoptive) of a Covered Person who, on the date of his death, is primarily dependent on the Covered Person for support and maintenance and is eligible to be claimed as a dependent for Federal and State income tax purposes.

Exclusions      The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-90-2228.00

## HIV OCCUPATIONAL ACCIDENT BENEFIT

We will pay the benefit shown in the *Schedule of Benefits*, subject to the following conditions and exclusions, when the covered Employee suffers a Covered Injury resulting, directly and independently of all other causes, from a Covered Accident. Such Covered Accident must occur during the performance of Occupational Duties and result in the covered Employee acquiring and testing positive for Human Immunodeficiency Virus (HIV) antibodies within one year of the Covered Injury.

29

AR0031

In order to receive this benefit, the covered Employee must satisfy all of the following:
1. submit a Workers' Compensation Injury report to the Subscriber within 48 hours of the Covered Accident that occurs during the performance of Occupational Duties;
2. test negative for Human Immunodeficiency Virus (HIV) antibodies within 48 hours of such Covered Accident;
3. test positive for Human Immunodeficiency Virus (HIV) antibodies in a subsequent Blood Test within one year of the date of the Covered Accident.

**Definitions** .  For purposes of this benefit:

Occupational Duties means the performance of normal work duties on behalf of the Subscriber.

HIV means Human Immunodeficiency Virus, a virus that infects lymphocytes and other cells bearing the CD4 marker, the initial infection of which is known as acute retro viral syndrome.

Blood Test means a positive (reactive) Enzyme-linked Immunosorbent Assay (ELISA) test, confirmed by the Western Blot Test, or other tests that may be approved by the Centers for Disease Control and Prevention and accepted by Us.

**Exclusions**        The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2235.00

### HOME ALTERATION AND VEHICLE MODIFICATION BENEFIT
We will pay the Home Alteration and Vehicle Modification Benefit shown in the *Schedule of Benefits*, subject to the following conditions and exclusions, when the Covered Person suffers a Covered Loss, other than a Loss of Life, resulting directly and independently of all other causes from a Covered Accident.

This benefit will be payable if all of the following conditions are met:
1. prior to the date of the Covered Accident causing such Covered Loss, the Covered Person did not require the use of any adaptive devices or adaptation of residence and/or vehicle;
2. as a direct result of such Covered Loss, the Covered Person now re quires such adaptive devices or adaptation of residence and/or vehicle to maintain an independent lifestyle;
3. .   the Covered Person requires home alteration or vehicle modification within one year of the date of the Covered Accident.

**Exclusions**        The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2236.00

### HOSPITAL STAY BENEFIT
We will pay the daily benefit shown in the *Schedule of Benefits*, subject to the following conditions and exclusions, if the Covered Person requires a Hospital Stay due to a Covered Loss resulting directly and independently of all other causes from a Covered Accident.

The Hospital Stay must meet all of the following:
1. be at the direction and under the care of a Physician;
2. begin within 30 days of the Covered Accident;
3. begin while the Covered Person's insurance is in effect.

The benefit will be paid for each day of a continuous Hospital Stay that continues after the end of the Benefit Waiting Period as shown in the *Schedule of Benefits*. Benefits will be paid retroactively to the first day of the Hospital Stay.

**Exclusions**        The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2237.00

### INCREASED DEPENDENT CHILD DISMEMBERMENT BENEFIT
We will pay an additional benefit if a covered Dependent Child sustains a Covered Loss resulting, directly and independently of all other causes, from a Covered Accident for which Accidental Dismemberment benefits are payable under this Policy.

30

AR0032

**REHABILITATION BENEFIT**

We will pay the Rehabilitation Benefit shown in the *Schedule of Benefits*, subject to the following conditions and exclusions, when the Covered Person requires rehabilitation after sustaining a Covered Loss resulting directly and independently of all other causes from a Covered Accident.

The Covered Person must require Rehabilitation within two years after the date of the Covered Loss.

**Definition**       For purposes of this benefit:
                    Rehabilitation means medical services, supplies, or treatment, or Hospital confinement (or part
                    of a Hospital confinement) that satisfies all of the following conditions:
                    1.    are essential for physical rehabilitation required due to the Covered Person's
                          Covered Loss;
                    2.    meet generally accepted standards of medical practice;
                    3.    are performed under the care, supervision or order of a Physician;
                    4.    prepare the Covered Person to return to his or any other occupation.

**Exclusions**       The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2248.00

**SEATBELT BENEFIT**

We will pay the benefit shown in the *Schedule of Benefits*, subject to the conditions and exclusions described below, when the Covered Person dies directly and independently of all other causes from a Covered Accident while wearing a seatbelt and operating or riding as a passenger in an Automobile.

Verification of proper use of the seatbelt at the time of the Covered Accident must be a part of an official police report of the Covered Accident or be certified, in writing, by the investigating officer(s) and submitted with the Covered Person's claim to Us.

If such certification or police report is not available or it is unclear whether the Covered Person was wearing a seatbelt, We will pay a default benefit shown in the *Schedule of Benefits* to the Covered Person's beneficiary..

In the case of a child, seatbelt means a child restraint, as required by state law and approved by the National Highway Traffic Safety Administration, properly secured and being used as recommended by its manufacturer for children of like Age and weight at the time of the Covered Accident.

**Definitions**      For purposes of this benefit:
                    Automobile means a self-propelled, private passenger motor vehicle with four or more wheels which is a
                    type both designed and required to be licensed for use on the highway of any state or country.
                    Automobile includes, but is not limited to, a sedan, station wagon, sport utility vehicle, or a motor vehicle
                    of the pickup, van, camper, or motor-home type. Automobile does not include a mobile home or any
                    motor vehicle which is used in mass or public transit.

**Exclusions**       The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2251.00

**SPECIAL EDUCATION BENEFIT**

We will pay the benefit, up to the Maximum Benefit shown in the *Schedule of Benefits*, for each qualifying Dependent Child who is insured under the covered Employee's certificate on the date he dies or has been Totally Disabled during the Benefit Waiting Period for Permanent Total Disability benefits. The Covered Person's death must result, directly and independently of all other causes from a Covered Accident for which an Accidental Death Benefit is payable under this Policy. This benefit is subject to the conditions and exclusions described below.

32

AR0033

A qualifying Dependent Child must:

1. 
   a. be enrolled as a full-time student in an accredited school of higher learning beyond the 12th grade level on the date of the covered Employee's Covered Accident; or
   b. be at the 12th grade level on the date of the covered Employee's Covered Accident and then enroll as a full-time student at an accredited school of higher learning within 365 days from the date of the Covered Accident and continue his education as a full-time student.
2. continue his education as a full-time student in such accredited school of higher learning; and
3. incur expenses for tuition, fees, books, room and board, transportation and any other costs payable directly to, or approved and certified by, such school.

Payments will be made to each qualifying Dependent Child or to the child's legal guardian, if the child is a minor at the end of each year for the number of years shown in the *Schedule of Benefits*. We must receive proof satisfactory to Us of the Dependent Child's enrollment and attendance within 31 days of the end of each year. The first year for which a Special Education Benefit is payable will begin on the first of the month following the date the covered Employee died or completed the Benefit Waiting Period for Permanent Total Disability benefits, if the surviving Dependent Child was enrolled on that date in an accredited school of higher learning beyond the 12th grade; otherwise on the date he enrolls in such school. Each succeeding year for which benefits are payable will begin on the date following the end of the preceding year.

If no Dependent Child qualifies for Special Education Benefits within 365 days of the covered Employee's death or completion of the Benefit Waiting Period for Permanent Total Disability benefits, We will pay the default benefit shown in the *Schedule of Benefits* to the covered Employee's beneficiary.

**Exclusions**    The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2252.00

## SPOUSE RETRAINING BENEFIT

We will pay expenses incurred, as described below, up to the Maximum Benefit shown in the *Schedule of Benefits*, to enable the covered Employee's Spouse to obtain occupational or educational training needed for employment if the covered Employee dies directly and independently of all other causes from a Covered Accident. A covered Spouse must have been insured under this Policy on the date of the covered Employee's death to be eligible for this benefit. This benefit is subject to the conditions and exclusions described below.

This benefit will be payable if the covered Employee dies within one year of a Covered Accident and is survived by his Spouse who:

1. enrolls, within three years after the covered Employee's death in any accredited school for the purpose of retraining or refreshing skills needed for employment; and
2. incurs expenses payable directly to, or approved and certified by, such school.

**Exclusions**    The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2254.00

33

AR0034

Life Insurance Company of North America
1601 Chestnut Street
Philadelphia, Pennsylvania 19192-2235

## MODIFYING PROVISIONS AMENDMENT

Subscriber:  Tyco International (US) Inc.                    Policy No.:  OK 826564

Amendment Effective Date:    July 1, 2002

This amendment is attached to and made part of the Policy specified above and the Certificates issued under it. Its provisions are intended to conform them to the laws of the state of New Hampshire and apply only to insureds under this Policy who reside in New Hampshire.

Subscriber and We hereby agree that the Policy and any Certificates delivered under the Group Policy are amended as follows:

1.  Under the *General Definitions* section, the following changes are made.

   A.  The definition of Covered Accident is replaced with the following.
   
   Covered Accident         A sudden, unforeseeable event that results, directly and independently of all other causes, in a Covered Injury or Covered Loss and meets all of the following conditions:
   
   1.  occurs while the Covered Person is insured under this Policy;
   2.  is not contributed to by disease, Sickness, mental or bodily infirmity;
   3.  occurs while the Covered Person is insured under this Policy;
   4.  is not otherwise excluded under the terms of this Policy.

   B.  The definition of Hospital is replaced with the following.
   
   Hospital        An institution that meets all of the following:
   
   1.  it is operated pursuant to applicable law;
   2.  it is primarily and continuously engaged in providing medical care and treatment to sick and injured persons;
   3.  it is managed under the supervision of a staff of medical doctors;
   4.  it provides 24-hour nursing services by or under the supervision of a graduate registered nurse (R.N.);
   5.  it has medical, diagnostic and treatment facilities, with major surgical facilities on its premises, or available on a prearranged basis;
   6.  it charges for its services.

   The term Hospital does not include a clinic, facility, or unit of a Hospital for:
   
   1.  rehabilitation, convalescent, custodial, educational or nursing care;
   2.  the aged, drug addicts or alcoholics;
   3.  a Veteran's Administration Hospital or Federal Government Hospital unless the Covered Person incurs an expense.

   C.  The definition of Hospital Stay is replaced with the following.
   
   Hospital Stay        A confinement in a Hospital, ordered by a Physician, over a period of time when room and board and general nursing care are provided at a per diem charge made by the Hospital. The Hospital Stay must result directly and independently of all other causes from a Covered Accident. Separate Hospital Stays due to the same Covered Accident will be treated as one Hospital Stay unless separated by at least 180 days.

GA-00-3000.30                                     34

AR0035

2.  Under the *Claim Provisions* section, the following changes are made.

    A.  The provision titled Proof of Loss is replaced with the following.

**Proof of Loss**
Written or authorized electronic proof of loss satisfactory to Us must be given to Us at Our office, within 90 days of the loss for which claim is made. If (a) benefits are payable as periodic payments and (b) each payment is contingent upon continuing loss, then proof of loss must be submitted within 90 days after the termination of each period for which We are liable. If written or authorized electronic notice is not given within that time, no claim will be invalidated or reduced if it is shown that such notice was given as soon as reasonably possible.

The Plan Administrator of the Employer's employee welfare benefit plan (the Plan) has selected the Insurance Company as the Plan fiduciary under federal law for the review of claims for benefits provided by this Policy and for deciding appeals of denied claims. In this role the Insurance Company shall have the authority, in its discretion, to interpret the terms of the Plan documents, to decide questions of eligibility for coverage or benefits under the Plan, and to make any related findings of fact. All decisions made by the Insurance Company in this capacity shall be final and binding on Participants and Beneficiaries of The Plan to the full extent permitted by law.

The Insurance Company has no fiduciary responsibility with respect to the administration of The Plan except as described above. It is understood that the Insurance Company's sole liability to the Plan and to Participants and Beneficiaries under The Plan shall be for the payment of benefits provided under this Policy.

    B.  The provision titled Payment of Claims is replaced with the following.

**Payment of Claims**
All benefits will be paid in United States currency. Benefits for loss of life will be payable in accordance with the Beneficiary provision and these Claim Provisions. All other proceeds payable under this Policy, unless otherwise stated, will be payable to the covered Employee or to his estate.

If We are to pay benefits to the estate or to a person who is incapable of giving a valid release, We may pay up to an amount not exceeding $1,000 to a relative by blood or marriage whom We believe is equitably entitled. Any payment made by Us in good faith pursuant to this provision will fully discharge Us to the extent of such payment and release Us from all liability.

3.  Under the *General Provisions* section, the following changes are made.

    A.  The provision titled Incontestability is replaced with the following.

**Incontestability**
1.  Of This Policy or Participation Under This Policy
All statements made by the Subscriber to participate under this Policy are considered representations and not warranties. No statement will be used to deny or reduce benefits or be used as a defense to a claim, or to deny the validity of this Policy or of participation under this Policy unless a signed copy of the instrument containing the statement is, or has been, furnished to the Subscriber.

After two years from the Policy Effective Date, no such statement will cause this Policy to be contested except for fraud.

2.  Of A Covered Person's Insurance
All statements made by a Covered Person are considered representations and not warranties. No statement will be used to deny or reduce benefits or be used as a defense to a claim, unless a signed copy of the instrument containing the statement is, or has been, furnished to the claimant.

GA-00-3000.30                                          35

AR0036

After two years from the Covered Person's effective date of insurance, or from the effective date of increased benefits, no such statement will cause insurance or the increased benefits to be contested except for fraud or lack of eligibility for insurance.

In the event of death or incapacity, the beneficiary or representative shall be given a copy.

B.  The provision titled Policy Termination is replaced with the following.

**Policy Termination**

The Subscriber may terminate coverage on any premium due date. We may terminate coverage on or after the first anniversary of the policy effective date if:

1.  there is a change in the factors bearing on the risk assumed;
2.  all policies in the state of delivery are terminated; or
3.  all policies providing this coverage are terminated.

Written or authorized electronic notice must be given at least 45 days prior to such premium due date. Failure by the Subscriber to pay premiums when due or within the grace period shall be deemed notice to Us to terminate coverage at the end of the period for which premium was paid.

Termination will not affect a claim for a Covered Loss that is the result, directly and independently of all other causes, of a Covered Accident that occurs while coverage was in effect.


Signed for the
**Life Insurance Company of North America**


*Michael W. Bell*

President

AR0037

**Definitions**   For purposes of this benefit:
Disfigurement or Disfigured means spoiled or deformed appearance that can be corrected by means of reconstructive or cosmetic surgery.

**Exclusions**
GA-00-2209.00   The exclusions that apply to this benefit are in the *Common Exclusions* Section.

## BEREAVEMENT AND TRAUMA COUNSELING BENEFIT

We will pay counseling sessions, up to the Maximum Benefit Amount shown in the *Schedule of Benefits* and subject to the following conditions and exclusions, when the Covered Person or Immediate Family Member requires bereavement and trauma counseling because the Covered Person suffered a Covered Loss that resulted directly and independently of all other causes from a Covered Accident. Such counseling must meet all of the following conditions:

1. covered bereavement and trauma counseling expenses must be incurred within one year from the date of the Covered Accident causing the Covered Loss;
2. the expense is charged for a bereavement or trauma counseling session for the Covered Person or one or more of his Immediate Family Members;
3. counseling is provided under the care, supervision or order of a Physician;
4. a charge would have been made if no insurance existed.

**Definitions**   For purposes of this benefit:
Immediate Family Member means a person who is related to the Covered Person in any of the following ways: Spouse, brother-in-law, sister-in-law, son-in-law, daughter-in-law, mother-in-law, father-in-law, parent (includes stepparent), brother or sister (includes stepbrother or stepsister) or child (includes legally adopted child or stepchild).

**Exclusions**   Covered bereavement and trauma counseling benefits do not include any expense for which the Covered Person is entitled to benefits under any Workers' Compensation Act or similar law.

Other exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2214.00

## CHILD CARE CENTER BENEFIT

We will pay benefits shown in the *Schedule of Benefits* for the care of each surviving Dependent Child in a Child Care Center if death of the covered Employee results directly and independently of all other causes from a Covered Accident and all of the following conditions are met:

1. coverage for his Dependent Children was in force on the date of the Covered Accident causing his death; and
2. one or more surviving Dependent Children is under Age 13 and:
   a. was enrolled in a Child Care Center on the date of the Covered Accident; or
   b. enrolls in a Child Care Center within 90 days from the date of the Covered Accident.

This benefit will be payable to the Surviving Spouse if the Spouse has custody of the child. If the Surviving Spouse does not have custody of the child, benefits will be paid to the child's legally appointed guardian. Payments will be made at the end of each 12 month period that begins after the date of the covered Employee's death. A claim must be submitted to Us at the end of each 12 month period. A 12 month period begins:

1. when the Dependent Child enters a Child Care Center for the first time, within the period specified in (2b) above, after the covered Employee's death; or
2. on the first of the month following the covered Employee's death, if the Dependent Child was enrolled in a Child Care Center before the covered Employee's death.

Each succeeding 12 month period begins on the day immediately following the last day of the preceding period. Pro rata payments will be made for periods of enrollment in a Child Care Center of less than 12 months.

28

AR0038

**Definitions**   For purposes of this benefit:
Child Care Center is a facility which:
1.    is licensed and run according to laws and regulations applicable to child care facilities; and
2.    provides care and supervision for children in a group setting on a regular, daily basis.
A Child Care Center does not include any of the following:
1.    a Hospital;
2.    the child's home;
3.    care provided during normal school hours while a child is attending grades one through twelve.

**Exclusions**   The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2222.00

## COMMON ACCIDENT BENEFIT

We will increase the Loss of Life benefit payable for the covered Spouse to 100% of the Employee's Principal Sum if both the Employee and the covered Spouse die directly and independently of all other causes from a Common Accident and are survived by one or more Dependent Children.

**Definition**   For purposes of this benefit:
Common Accident means the same Covered Accident or separate Covered Accidents that occur within the same 24-hour period.

**Exclusions**   The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2224.00

## ELDER SURVIVOR BENEFIT

We will pay benefits to a Surviving Elder Dependent if death of the Covered Person results directly and independently of all other causes from a Covered Accident. Lump sums will be in amounts specified in the *Schedule of Benefits*.

The lump sum benefit will be payable in one payment when We receive due proof of the death of the Covered Person.

Benefit amounts will be divided equally among all Surviving Elder Dependents. Benefits for any Surviving Elder Dependent will be paid until that Surviving Elder Dependent's death.

If there is no Surviving Elder Dependent eligible for this benefit within 365 days after the date of the Covered Person's death, We will pay a one-time default benefit to the Covered Person's beneficiary.

**Definition**   For purposes of this benefit:
Surviving Elder Dependent means a parent, parent-in-law, grandparent, grandparent-in-law, great-grandparent, great-grandparent-in-law (whether natural, step or adoptive) of a Covered Person who, on the date of his death, is primarily dependent on the Covered Person for support and maintenance and is eligible to be claimed as a dependent for Federal and State income tax purposes.

**Exclusions**   The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2228.00

## HIV OCCUPATIONAL ACCIDENT BENEFIT

We will pay the benefit shown in the *Schedule of Benefits*, subject to the following conditions and exclusions, when the covered Employee suffers a Covered Injury resulting, directly and independently of all other causes, from a Covered Accident. Such Covered Accident must occur during the performance of Occupational Duties and result in the covered Employee acquiring and testing positive for Human Immunodeficiency Virus (HIV) antibodies within one year of the Covered Injury.

29

AR0039

## REHABILITATION BENEFIT

We will pay the Rehabilitation Benefit shown in the *Schedule of Benefits*, subject to the following conditions and exclusions, when the Covered Person requires rehabilitation after sustaining a Covered Loss resulting directly and independently of all other causes from a Covered Accident.

The Covered Person must require Rehabilitation within two years after the date of the Covered Loss.

**Definition**      For purposes of this benefit:

Rehabilitation means medical services, supplies, or treatment, or Hospital confinement (or part of a Hospital confinement) that satisfies all of the following conditions:

1. are essential for physical rehabilitation required due to the Covered Person's Covered Loss;
2. meet generally accepted standards of medical practice;
3. are performed under the care, supervision or order of a Physician;
4. prepare the Covered Person to return to his or any other occupation.

**Exclusions**      The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2248.00

## SEATBELT BENEFIT

We will pay the benefit shown in the *Schedule of Benefits*, subject to the conditions and exclusions described below, when the Covered Person dies directly and independently of all other causes from a Covered Accident while wearing a seatbelt and operating or riding as a passenger in an Automobile.

Verification of proper use of the seatbelt at the time of the Covered Accident must be a part of an official police report of the Covered Accident or be certified, in writing, by the investigating officer(s) and submitted with the Covered Person's claim to Us.

If such certification or police report is not available or it is unclear whether the Covered Person was wearing a seatbelt, We will pay a default benefit shown in the *Schedule of Benefits* to the Covered Person's beneficiary.

In the case of a child, seatbelt means a child restraint, as required by state law and approved by the National Highway Traffic Safety Administration, properly secured and being used as recommended by its manufacturer for children of like Age and weight at the time of the Covered Accident.

**Definitions**      For purposes of this benefit:

Automobile means a self-propelled, private passenger motor vehicle with four or more wheels which is a type both designed and required to be licensed for use on the highway of any state or country. Automobile includes, but is not limited to, a sedan, station wagon, sport utility vehicle, or a motor vehicle of the pickup, van, camper, or motor-home type. Automobile does not include a mobile home or any motor vehicle which is used in mass or public transit.

**Exclusions**      The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2251.00

## SPECIAL EDUCATION BENEFIT

We will pay the benefit, up to the Maximum Benefit shown in the *Schedule of Benefits*, for each qualifying Dependent Child who is insured under the covered Employee's certificate on the date he dies or has been Totally Disabled during the Benefit Waiting Period for Permanent Total Disability benefits. The Covered Person's death must result, directly and independently of all other causes from a Covered Accident for which an Accidental Death Benefit is payable under this Policy. This benefit is subject to the conditions and exclusions described below.

32

AR0040

A qualifying Dependent Child must:

1.
    a.  be enrolled as a full-time student in an accredited school of higher learning beyond the 12th grade level on the date of the covered Employee's Covered Accident; or
    b.  be at the 12th grade level on the date of the covered Employee's Covered Accident and then enroll as a full-time student at an accredited school of higher learning within 365 days from the date of the Covered Accident and continue his education as a full-time student.

2.  continue his education as a full-time student in such accredited school of higher learning; and

3.  incur expenses for tuition, fees, books, room and board, transportation and any other costs payable directly to, or approved and certified by, such school.

Payments will be made to each qualifying Dependent Child or to the child's legal guardian, if the child is a minor at the end of each year for the number of years shown in the *Schedule of Benefits*. We must receive proof satisfactory to Us of the Dependent Child's enrollment and attendance within 31 days of the end of each year. The first year for which a Special Education Benefit is payable will begin on the first of the month following the date the covered Employee died or completed the Benefit Waiting Period for Permanent Total Disability benefits, if the covered Employee died or enrolled on that date in an accredited school of higher learning beyond the 12th grade; otherwise on the date he enrolls in such school. Each succeeding year for which benefits are payable will begin on the date following the end of the preceding year.

If no Dependent Child qualifies for Special Education Benefits within 365 days of the covered Employee's death or completion of the Benefit Waiting Period for Permanent Total Disability benefits, We will pay the default benefit shown in the *Schedule of Benefits* to the covered Employee's beneficiary.

**Exclusions**    The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2252.00

## SPOUSE RETRAINING BENEFIT

We will pay expenses incurred, as described below, up to the Maximum Benefit shown in the *Schedule of Benefits*, to enable the covered Employee's Spouse to obtain occupational or educational training needed for employment if the covered Employee dies directly and independently of all other causes from a Covered Accident. A covered Spouse must have been insured under this Policy on the date of the covered Employee's death to be eligible for this benefit. This benefit is subject to the conditions and exclusions described below.

This benefit will be payable if the covered Employee dies within one year of a Covered Accident and is survived by his Spouse who:

1.  enrolls, within three years after the covered Employee's death in any accredited school for the purpose of retraining or refreshing skills needed for employment; and

2.  incurs expenses payable directly to, or approved and certified by, such school.

**Exclusions**    The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2254.00

33

**Definitions**    For purposes of this benefit:
**Disfigurement or Disfigured** means spoiled or deformed appearance that can be corrected by means of reconstructive or cosmetic surgery.

**Exclusions**    The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2209.00

## BEREAVEMENT AND TRAUMA COUNSELING BENEFIT

We will pay counseling sessions, up to the Maximum Benefit Amount shown in the *Schedule of Benefits* and subject to the following conditions and exclusions, when the Covered Person or Immediate Family Member requires bereavement and trauma counseling because the Covered Person suffered a Covered Loss that resulted directly and independently of all other causes from a Covered Accident. Such counseling must meet all of the following conditions:

1.   covered bereavement and trauma counseling expenses must be incurred within one year from the date of the Covered Accident causing the Covered Loss;
2.   the expense is charged for a bereavement or trauma counseling session for the Covered Person or one or more of his Immediate Family Members;
3.   counseling is provided under the care, supervision or order of a Physician;
4.   a charge would have been made if no insurance existed.

**Definitions**    For purposes of this benefit:
**Immediate Family Member** means a person who is related to the Covered Person in any of the following ways: Spouse, brother-in-law, sister-in-law, son-in-law, daughter-in-law, mother-in-law, father-in-law, parent (includes stepparent), brother or sister (includes stepbrother or stepsister) or child (includes legally adopted child or stepchild).

**Exclusions**    Covered bereavement and trauma counseling benefits do not include any expense for which the Covered Person is entitled to benefits under any Workers' Compensation Act or similar law.

Other exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2214.00

## CHILD CARE CENTER BENEFIT

We will pay benefits shown in the *Schedule of Benefits* for the care of each surviving Dependent Child in a Child Care Center if death of the covered Employee results directly and independently of all other causes from a Covered Accident and all of the following conditions are met:

1.   coverage for his Dependent Children was in force on the date of the Covered Accident causing his death; and
2.   one or more surviving Dependent Children is under Age 13 and:
     a.   was enrolled in a Child Care Center on the date of the Covered Accident; or
     b.   enrolls in a Child Care Center within 90 days from the date of the Covered Accident.

This benefit will be payable to the Surviving Spouse if the Spouse has custody of the child. If the Surviving Spouse does not have custody of the child, benefits will be paid to the child's legally appointed guardian. Payments will be made at the end of each 12 month period that begins after the date of the covered Employee's death. A claim must be submitted to Us at the end of each 12 month period. A 12 month period begins:

1.   when the Dependent Child enters a Child Care Center for the first time, within the period specified in (2b) above, after the covered Employee's death; or
2.   on the first of the month following the covered Employee's death, if the Dependent Child was enrolled in a Child Care Center before the covered Employee's death.

Each succeeding 12 month period begins on the day immediately following the last day of the preceding period. Pro rata payments will be made for periods of enrollment in a Child Care Center of less than 12 months.

28

AR0042

**Definitions**

For purposes of this benefit:

Child Care Center is a facility which:

1.    is licensed and run according to laws and regulations applicable to child care facilities; and

2.    provides care and supervision for children in a group setting on a regular, daily basis.

A Child Care Center does not include any of the following:

1.    a Hospital;

2.    the child's home;

3.    care provided during normal school hours while a child is attending grades one through twelve.

**Exclusions**
GA-00-2222.00

The exclusions that apply to this benefit are in the *Common Exclusions* Section.

## COMMON ACCIDENT BENEFIT

We will increase the Loss of Life benefit payable for the covered Spouse to 100% of the Employee's Principal Sum if both the Employee and the covered Spouse die directly and independently of all other causes from a Common Accident and are survived by one or more Dependent Children.

**Definition**

For purposes of this benefit:

Common Accident means the same Covered Accident or separate Covered Accidents that occur within the same 24-hour period.

**Exclusions**
GA-00-2224.00

The exclusions that apply to this benefit are in the *Common Exclusions* Section.

## ELDER SURVIVOR BENEFIT

We will pay benefits to a Surviving Elder Dependent if death of the Covered Person results directly and independently of all other causes from a Covered Accident. Lump sums will be in amounts specified in the *Schedule of Benefits*.

The lump sum benefit will be payable in one payment when We receive due proof of the death of the Covered Person.

Benefit amounts will be divided equally among all Surviving Elder Dependents. Benefits for any Surviving Elder Dependent will be paid until that Surviving Elder Dependent's death.

If there is no Surviving Elder Dependent eligible for this benefit within 365 days after the date of the Covered Person's death, We will pay a one-time default benefit to the Covered Person's beneficiary.

**Definition**

For purposes of this benefit:

Surviving Elder Dependent means a parent, parent-in-law, grandparent, grandparent-in-law, great-grandparent, great-grandparent-in-law (whether natural, step or adoptive) of a Covered Person who, on the date of his death, is primarily dependent on the Covered Person for support and maintenance and is eligible to be claimed as a dependent for Federal and State income tax purposes.

**Exclusions**
GA-00-2228.00

The exclusions that apply to this benefit are in the *Common Exclusions* Section.

## HIV OCCUPATIONAL ACCIDENT BENEFIT

We will pay the benefit shown in the *Schedule of Benefits*, subject to the following conditions and exclusions, when the covered Employee suffers a Covered Injury resulting, directly and independently of all other causes, from a Covered Accident. Such Covered Accident must occur during the performance of Occupational Duties and result in the covered Employee acquiring and testing positive for Human Immunodeficiency Virus (HIV) antibodies within one year of the Covered Injury.

29

AR0043

In order to receive this benefit, the covered Employee must satisfy all of the following:

1.  submit a Workers' Compensation Injury report to the Subscriber within 48 hours of the Covered Accident that occurs during the performance of Occupational Duties;
2.  test negative for Human Immunodeficiency Virus (HIV) antibodies within 48 hours of such Covered Accident;
3.  test positive for Human Immunodeficiency Virus (HIV) antibodies in a subsequent Blood Test within one year of the date of the Covered Accident.

**Definitions**    For purposes of this benefit:

Occupational Duties means the performance of normal work duties on behalf of the Subscriber.

**HIV** means Human Immunodeficiency Virus, a virus that infects lymphocytes and other cells bearing the CD4 marker, the initial infection of which is known as acute retro viral syndrome.

Blood Test means a positive (reactive) Enzyme-linked Immunosorbent Assay (ELISA) test, confirmed by the Western Blot Test, or other tests that may be approved by the Centers for Disease Control and Prevention and accepted by Us.

**Exclusions**    The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2235.00

## HOME ALTERATION AND VEHICLE MODIFICATION BENEFIT

We will pay the Home Alteration and Vehicle Modification Benefit shown in the *Schedule of Benefits*, subject to the following conditions and exclusions, when the Covered Person suffers a Covered Loss, other than a Loss of Life, resulting directly and independently of all other causes from a Covered Accident.

This benefit will be payable if all of the following conditions are met:

1.  prior to the date of the Covered Accident causing such Covered Loss, the Covered Person did not require the use of any adaptive devices or adaptation of residence and/or vehicle;
2.  as a direct result of such Covered Loss, the Covered Person now requires such adaptive devices or adaptation of residence and/or vehicle to maintain an independent lifestyle;
3.  the Covered Person requires home alteration or vehicle modification within one year of the date of the Covered Accident.

**Exclusions**    The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2236.00

## HOSPITAL STAY BENEFIT

We will pay the daily benefit shown in the *Schedule of Benefits*, subject to the following conditions and exclusions, if the Covered Person requires a Hospital Stay due to a Covered Loss resulting directly and independently of all other causes from a Covered Accident.

The Hospital Stay must meet all of the following:

1.  be at the direction and under the care of a Physician;
2.  begin within 30 days of the Covered Accident;
3.  begin while the Covered Person's insurance is in effect.

The benefit will be paid for each day of a continuous Hospital Stay that continues after the end of the Benefit Waiting Period as shown in the *Schedule of Benefits*. Benefits will be paid retroactively to the first day of the Hospital Stay.

**Exclusions**    The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2237.00

## INCREASED DEPENDENT CHILD DISMEMBERMENT BENEFIT

We will pay an additional benefit if a covered Dependent Child sustains a Covered Loss resulting, directly and independently of all other causes, from a Covered Accident for which Accidental Dismemberment benefits are payable under this Policy.

30

AR0044

If the covered Dependent Child sustains more than one Covered Loss as a result of the Covered Accident, the Increased Dependent Child Benefit will be calculated based on the Covered Loss for which the largest available Accidental Dismemberment Benefit is payable.

If the covered Dependent Child dies within 365 days of the same Covered Accident, the Loss of Life benefit under the Accidental Death and Dismemberment Benefit will not be reduced by the dismemberment benefit received under the Increased Dependent Child Dismemberment Benefit.

**Exclusions**     The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2239.00

## PERMANENT TOTAL DISABILITY BENEFIT – For Employees Only

We will pay Permanent Total Disability Benefits, as shown in the *Schedule of Benefits*, to a covered Employee whose Total Disability results, directly and independently of all other causes from, and within 180 days of, a Covered Accident. To qualify for benefits, the covered Employee must remain Totally Permanently Disabled during the Benefit Waiting Period shown in the *Schedule of Benefits* and at the end of the Benefit Waiting Period, must be expected to remain so disabled, as certified by a Physician, for the rest of his life.

We will pay a single lump sum benefit equal to the Lump Sum Benefit shown in the *Schedule of Benefits* less any Accidental Dismemberment benefit paid for the Covered Loss causing the Total Disability.

**Exclusions**     The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2244.00

## PERMANENT TOTAL DISABILITY BENEFIT – For Spouses Only

We will pay Permanent Total Disability Benefits, as shown in the *Schedule of Benefits*, to a covered Spouse whose Total Disability results, directly and independently of all other causes from, and within 180 days of, a Covered Accident. To qualify for benefits, the covered Spouse must remain Totally Permanently Disabled during the Benefit Waiting Period shown in the *Schedule of Benefits* and at the end of the Benefit Waiting Period, must be expected to remain so disabled, as certified by a Physician, for the rest of his life.

We will pay monthly benefits as shown in the *Schedule of Benefits* beginning at the end of the Benefit Waiting Period. Monthly benefit payments will be paid until the earliest of the following occurs:

1.   the covered Spouse fails to provide certification by a Physician that he is expected to remain Totally Disabled for the rest of his life; or
2.   the covered Spouse dies; or
3.   the total of all monthly benefits equals the Principal Sum less any Accidental Dismemberment benefits paid for Covered Losses sustained in the same Covered Accident.

If the covered Spouse dies before receiving the total of benefits specified in (3.) above, a single payment equal to the remaining payments that would have been paid will be made to his beneficiary.

**Exclusions**     The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2244.00

31

AR0045

**REHABILITATION BENEFIT**

We will pay the Rehabilitation Benefit shown in the *Schedule of Benefits,* subject to the following conditions and exclusions, when the Covered Person requires rehabilitation after sustaining a Covered Loss resulting directly and independently of all other causes from a Covered Accident.

The Covered Person must require Rehabilitation within two years after the date of the Covered Loss.

Definition      For purposes of this benefit:

Rehabilitation means medical services, supplies, or treatment, or Hospital confinement (or part of a Hospital confinement) that satisfies all of the following conditions:

1. are essential for physical rehabilitation required due to the Covered Person's Covered Loss;
2. meet generally accepted standards of medical practice;
3. are performed under the care, supervision or order of a Physician;
4. prepare the Covered Person to return to his or any other occupation.

Exclusions   .   The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2248.00

**SEATBELT BENEFIT**

We will pay the benefit shown in the *Schedule of Benefits,* subject to the conditions and exclusions described below, when the Covered Person dies directly and independently of all other causes from a Covered Accident while wearing a seatbelt and operating or riding as a passenger in an Automobile.

Verification of proper use of the seatbelt at the time of the Covered Accident must be a part of an official police report of the Covered Accident or be certified, in writing, by the investigating officer(s) and submitted with the Covered Person's claim to Us.

If such certification or police report is not available or it is unclear whether the Covered Person was wearing a seatbelt, We will pay a default benefit shown in the *Schedule of Benefits* to the Covered Person's beneficiary.

In the case of a child, seatbelt means a child restraint, as required by state law and approved by the National Highway Traffic Safety Administration, properly secured and being used as recommended by its manufacturer for children of like Age and weight at the time of the Covered Accident.

Definitions      For purposes of this benefit:

Automobile means a self-propelled, private passenger motor vehicle with four or more wheels which is a type both designed and required to be licensed for use on the highway of any state or country. Automobile includes, but is not limited to, a sedan, station wagon, sport utility vehicle, or a motor vehicle of the pickup, van, camper, or motor-home type. Automobile does not include a mobile home or any motor vehicle which is used in mass or public transit.

Exclusions      The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2251.00

**SPECIAL EDUCATION BENEFIT**

We will pay the benefit, up to the Maximum Benefit shown in the *Schedule of Benefits,* for each qualifying Dependent Child who is insured under the covered Employee's certificate on the date he dies or has been Totally Disabled during the Benefit Waiting Period for Permanent Total Disability benefits. The Covered Person's death must result, directly and independently of all other causes from a Covered Accident for which an Accidental Death Benefit is payable under this Policy. This benefit is subject to the conditions and exclusions described below.

32

AR0046

A qualifying Dependent Child must:

1.    a.   be enrolled as a full-time student in an accredited school of higher learning beyond the 12th grade level on the date of the covered Employee's Covered Accident; or

        b.   be at the 12th grade level on the date of the covered Employee's Covered Accident and then enroll as a full-time student at an accredited school of higher learning within 365 days from the date of the Covered Accident and continue his education as a full-time student.

2.        continue his education as a full-time student in such accredited school of higher learning; and

3.        incur expenses for tuition, fees, books, room and board, transportation and any other costs payable directly to, or approved and certified by, such school.

Payments will be made to each qualifying Dependent Child or to the child's legal guardian, if the child is a minor at the end of each year for the number of years shown in the *Schedule of Benefits*. We must receive proof satisfactory to Us of the Dependent Child's enrollment and attendance within 31 days of the end of each year. The first year for which a Special Education Benefit is payable will begin on the first of the month following the date the covered Employee died or completed the Benefit Waiting Period for Permanent Total Disability benefits, if the surviving Dependent Child was enrolled on that date in an accredited school of higher learning beyond the 12th grade; otherwise on the date he enrolls in such school. Each succeeding year for which benefits are payable will begin on the date following the end of the preceding year.

If no Dependent Child qualifies for Special Education Benefits within 365 days of the covered Employee's death or completion of the Benefit Waiting Period for Permanent Total Disability benefits, We will pay the default benefit shown in the *Schedule of Benefits* to the covered Employee's beneficiary.

**Exclusions**    The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2252.00

## SPOUSE RETRAINING BENEFIT

We will pay expenses incurred, as described below, up to the Maximum Benefit shown in the *Schedule of Benefits*, to enable the covered Employee's Spouse to obtain occupational or educational training needed for employment if the covered Employee dies directly and independantly of all other causes from a Covered Accident. A covered Spouse must have been insured under this Policy on the date of the covered Employee's death to be eligible for this benefit. This benefit is subject to the conditions and exclusions described below.

This benefit will be payable if the covered Employee dies within one year of a Covered Accident and is survived by his Spouse who:

1.        enrolls, within three years after the covered Employee's death in any accredited school for the purpose of retraining or refreshing skills needed for employment; and

2.        incurs expenses payable directly to, or approved and certified by, such school.

**Exclusions**    The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2254.00

AR0047

### Worst, Renee A 250

| | |
|---|---|
| **From:** | Worst, Renee A 250 |
| **Sent:** | Tuesday, April 11, 2006 10:17 AM |
| **To:** | 'Olson, Christina L.' |
| **Cc:** | Slaughter, Mark; Lucas, Brian; Zyne, Yasmine; Marshall, Jacquie |

**Subject:** RE: Tyco Counsel

Christina:

Please request that Mr. Lucas contact:

Mark C. Stephenson, Esquire
Nelson, Levine, de Luca & Horst
Four Sentry Parkway
Suite 300
Blue Bell, PA 19422
610-862-6575
610-862-6501 (Fax)
mstephenson@nldhlaw.com

Mr. Stephenson will be able to help Mr. Lucas regarding this matter.

If there is anything else I can do to help, please let me know.

*Renee Worst, ACS*

Phone 1.800.238.2125 ext. 3209 or network 8.562.3209
Fax 412.402.3316
Life Insurance Company of North America,
Connecticut General Life Insurance Company,
CIGNA Life Insurance Company of New York,
Subsidiaries of CIGNA Corporation

**Confidentiality Notice**: *If you have received this e-mail in error, please immediately notify the sender by e-mail at the address shown. This e-mail transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete from your files if you are not the intended recipient. Thank you for your compliance.*

-----Original Message-----
**From:** Olson, Christina L. [mailto:clolson@tycoint.com]
**Sent:** Tuesday, April 11, 2006 9:46 AM
**To:** Worst, Renee A 250
**Cc:** Slaughter, Mark; Lucas, Brian; Zyne, Yasmine; Marshall, Jacquie
**Subject:** Tyco Counsel
**Importance:** High

Renee

Per your vmail, you are only willing to release the information in CIGNA's file on Daniel Roarty to Tyco's internal legal counsel so I am sending you his information so that you can correspond with him directly.

4/11/2006

Brian Lucas blucas@tyco.com his number is 609 720 4307

As we requested, please send all relevant information on the Roarty case to his attention.

Thank you,

Christina Olson

Manager US Health and Welfare

Tyco Fire & Security

One Town Center Road

Boca Raton, FL 33486

Direct: 561-988-7891

Email: clolson@tycoint.com

www.tyco.com

This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original.

4/11/2006

## Worst, Renee A 250

| | |
|---|---|
| **From:** | Worst, Renee A 250 |
| **Sent:** | Tuesday, April 11, 2006 9:47 AM |
| **To:** | 'Olson, Christina L.' |
| **Cc:** | Slaughter, Mark; Lucas, Brian; Zyne, Yasmine; Marshall, Jacquie |

**Subject:** RE: Tyco Counsel

Christina:

Thanks for the e-mail.

I will forward this information on to so that we might help partner with you to resolve this matter.

*Renee Worst, ACS*

Phone 1.800.238.2125 ext. 3209 or network 8.562.3209
Fax 412.402.3316
Life Insurance Company of North America,
Connecticut General Life Insurance Company,
CIGNA Life Insurance Company of New York,
Subsidiaries of CIGNA Corporation

**Confidentiality Notice**: *If you have received this e-mail in error, please immediately notify the sender by e-mail at the address shown. This e-mail transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete from your files if you are not the intended recipient. Thank you for your compliance.*

-----Original Message-----
**From:** Olson, Christina L. [mailto:clolson@tycoint.com]
**Sent:** Tuesday, April 11, 2006 9:46 AM
**To:** Worst, Renee A 250
**Cc:** Slaughter, Mark; Lucas, Brian; Zyne, Yasmine; Marshall, Jacquie
**Subject:** Tyco Counsel
**Importance:** High

Renee

Per your vmail, you are only willing to release the information in CIGNA's file on Daniel Roarty to Tyco's internal legal counsel so I am sending you his information so that you can correspond with him directly. Brian Lucas blucas@tyco.com his number is 609 720 4307

As we requested, please send all relevant information on the Roarty case to his attention.

Thank you,

Christina Olson

Manager US Health and Welfare

4/11/2006

Tyco Fire & Security

One Town Center Road

Boca Raton, FL 33486

Direct: 561-988-7891

Email: clolson@tycoint.com

www.tyco.com

This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original.

4/11/2006

**Townsend, Sandra 250**

| | |
|---|---|
| **From:** | Olson, Christina L. [clolson@tycoint.com] |
| **Sent:** | Thursday, April 06, 2006 9:37 AM |
| **To:** | Townsend, Sandra 250 |
| **Subject:** | FW: Kelly Roarty v. Tyco International |

**Importance:** High

Sandy,
Here is what we have on the Roarty case.
Please let me know how we can get a copy of the file to help with our reply on the suit.

Thank you for your help.

Christina Olson
Manager US Health and Welfare
Tyco Fire & Security
One Town Center Road
Boca Raton, FL  33486
Direct:  561-988-7891
Email:  clolson@tycoint.com
www.tyco.com

This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original.

4/10/2006

AR0052

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KELLY ROARTY

        **Plaintiff**

    v.

TYCO INTERNATIONAL, LTD. GROUP
BUSINESS TRAVEL ACCIDENT
INSURANCE PLAN AND LIFE
INSURANCE COMPANY OF NORTH
AMERICA

        **Defendants.**

Civil Action No:  06-0195-GMS

## CERTIFICATE OF SERVICE

I, Jeffrey Martin, Esquire, hereby certify that I caused the foregoing Defendants' Reply to Plaintiff's Answering Brief to Motion for Protective Order to be electronically filed today with the Clerk of Court using the Court's CM/ECF system, which will send a Notice of Electronic Filing to Richard R. Wier, Jr., Esquire, Two Mill Road, Suite 200, Wilmington, DE 19806.

A true and correct, courtesy copy of Defendants' Reply has also been served today upon Mr. Wier by United States Mail, postage prepaid.

**MARGOLIS EDELSTEIN**

**BY:**       **/s/ Jeffrey K. Martin**

Jeffrey K. Martin, Esquire
ATTORNEYS FOR DEFENDANTS

Date: November 3, 2006