IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY ROARTY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No.: 06-195 GMS |
| : | |
| TYCO INTERNATIONAL LTD. GROUP : | |
| BUSINESS TRAVEL ACCIDENT : | |
| INSURANCE PLAN, an employee : | |
| welfare benefit plan, and LIFE : | |
| INSURANCE COMPANY OF NORTH : | |
| AMERICA, Plan Administrator, : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January 2007 that I served the Defendant TYCO INTERNATIONAL LTD. GROUP BUSINESS TRAVEL ACCIDENT INSURANCE, an employee welfare benefit plan, and LIFE INSURANCE COMPANY OF NORTH AMERICA, Plan Administrator the attached Plaintiff's First Set of Interrogatories Directed to Defendants and Request For Production of Documents.

ELECTRONIC FILING AND FIRST CLASS MAIL on:

| | |
|---|---|
| Mark Stephenson, Esq. | Jeffrey K. Martin, Esq. |
| Nelson Levine deLuca & Horst, LLC | Margolis Edelstein |
| Four Sentry Parkway, Suite 300 | 1509 Gilpin Avenue |
| Blue Bell, PA 19422 | Wilmington, DE 19806 |

                                       **RICHARD R. WIER, JR., P.A.**

                                        /s/ Richard R. Wier, Jr.
                                        Richard R. Wier, Jr. (#716)
                                        Two Mill Road, Suite 200
                                        Wilmington, DE 19806
                                        (302)888-3222

Dated: January 24, 2007