UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY ROARTY,<br><br>           Plaintiff(s)<br>v.<br><br>TYCO INTERNATIONAL, LTD.<br>GROUP BUSINESS TRAVEL<br>ACCIDENT INSURANCE PLAN AND<br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>           Defendants. | :<br>:<br>:<br>:   C.A. No.: 06-195 GMS<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**<u>JOINT STIPULATION TO AMEND SCHEDULING ORDER</u>**

    Plaintiff Kelly Roarty and Defendants, Tyco International, Ltd. Group Business Travel Accident Insurance Plan and Life Insurance Company of North America, by and through their respective counsel, jointly stipulate to proposed amendments to the Scheduling Order, and respectfully request that the Court adopt such amendments in a revised Scheduling Order as suggested in Exhibit "A" to this joint stipulation.

    In support of this Motion, the parties state the following:

    1.    On March 23, 2006, Plaintiff commenced this action in order to recover Business Travel Accident death benefits as the result of her husband's death in an automobile accident.

    2.    On May, 10, 2006, Defendants moved to dismiss Count II of the Complaint which alleges, *inter alia*, that defendants breached fiduciary duties in denying Plan benefits [Documents Nos. 5 and 6], to which Plaintiff responded on May 30, 2006 [Document No. 8], Defendants' filing a reply on June 6, 2006 [Document No. 11]. The Court has this motion pending its consideration.

3. Before Plaintiff filed any discovery Defendants, on September 15, 2006 filed their Motion for Protective Order to Limit Discovery to the Administrative Record [Document No. 12] and supporting memorandum of law [Document No. 19].

4. Plaintiff responded to Defendants' motion on October 27, 2006 [Document No. 26], to which Defendants have replied [Document No. 27], arguing that the discovery sought is necessary to her claim and permitted under the rules of evidence. The Court has the motion for protective order also pending its consideration.

5. On January 24, 2007, Plaintiff served extensive interrogatories and requests for production of documents and have identified for depositions individuals which discovery is in addition to the administrative record compiled in this matter.

6. Plaintiff has requested Defendants to produce identified individuals for depositions so that the depositions could be completed by February 28, 2007 which is the current cut off for discovery. In addition, Defendants' answers to the discovery filed by the Plaintiff is due February 23, 2007.

7. Defendants object to Plaintiff's discovery and have not provided dates for the depositions of the individuals Plaintiff has identified. When Defendants answer the outstanding discovery there may be additional discovery required based upon that answer(s).

8. On August 3, 2006, at the Court's direction, a Scheduling Order was entered that provided, among other things, that: (a) a pretrial conference would be held on July 10, 2007, (b) amended pleadings were due by October 16, 2006, (c) joinder of parties to be completed by October 16, 2006, (d) Initial disclosures by September 15, 2006, (e) all discovery completed by February 28, 2007, (f) dispositive motions to be filed by March 14, 2007, (g) proposed pretrial order due June 18, 2007 and (h) trial set for July 30, 2007.

9. While the parties have worked cooperatively in discovery, and as the Court has pending before it motions that affect the substantive claims as well as the scope of or propriety of discovery, the parties jointly request that the Court amend the Scheduling Order in order to extend the discovery cut off so that the Court can rule on the Defendants' motion to prevent/limit discovery and so that the Plaintiff can obtain responses to her discovery request and complete the discovery which cannot be accomplished by February 28th under the existing schedule despite the efforts to do so.

10. The parties would request a teleconference to review this request and to set, if the Court approves, a new cut off of discovery which could be tied into a decision on the Defendants' motion to prevent or limit discovery.

WHEREFORE, Plaintiff Kelly Roarty and Defendants Tyco International, Ltd. Group Business Travel Accident Insurance Plan and Life Insurance Company of North America respectfully move the Court to enter an amended Scheduling Order with dates to be arrived at by the Court and counsel. A form of Order is attached as Exhibit A.

| | |
|---|---|
| LAW OFFICE OF<br>RICHARD R. WIER, JR., P.A. | MARGOLIS EDELSTEIN |
| /s/Richard R. Wier, Jr.<br>RICHARD R. WIER, JR. (#716)<br>Two Mill Road - Suite 200<br>Wilmington, DE 19806<br>(302)888-3222<br>rwier@wierlaw.com<br><br>Attorney for Plainiff | /s/Jeffrey K. Martin<br>JEFFREY K. MARTIN (#2407)<br>Margolis Edelstein<br>1509 Gilpin Avenue<br>Wilmington, DE 19806<br>(302)777-4680<br>Jmartin@margolisedelstein.com<br><br>and<br><br>MARK STEPHENSON, ESQUIRE<br>NELSON LEVINE deLUCA & HORST, LLC<br>Four Sentry Parkway - Suite 300<br>Blue Bell, PA 19422<br>(610)862-6575<br>mstephenson@nldhlaw.com<br><br>Attorneys for Defendants |

Dated: February 26, 2007

<u>**EXHIBIT "A"**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

KELLY ROARTY,               :
                            :
        Plaintiff(s)         :
v.                           :     C.A. No.: 06-195 GMS
                            :
TYCO INTERNATIONAL, LTD.    :
GROUP BUSINESS TRAVEL       :
ACCIDENT INSURANCE PLAN AND :
LIFE INSURANCE COMPANY OF   :
NORTH AMERICA,              :
                            :
        Defendants.         :

**AMENDED SCHEDULING ORDER**

AND NOW, this _____ day of February, 2007, upon the joint stipulation of the parties and for good cause shown, the Scheduling Order entered on August 31, 2006 is amended and the following dates are hereby set:

    f.    Discovery completed by the later of April 28, 2007 or 45 days after the Court rules on the pending motion for a protective order.

    g.    Dispositive motions filed by

    h.    Proposed Pretrial Order submitted by

    i.    Final pretrial conference set for

    j.    Trial set for

 

_____
Gregory M. Sleet Jr.
United States District Court Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KELLY ROARTY,                                :
                                             :
            Plaintiff(s)                     :
                                             :
      v.                                     :     C.A. No.: 06-195 GMS
                                             :
TYCO INTERNATIONAL, LTD.                     :
GROUP BUSINESS TRAVEL                        :
ACCIDENT INSURANCE PLAN AND                  :
LIFE INSURANCE COMPANY OF                    :
NORTH AMERICA,                               :
                                             :
            Defendants.                      :

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that today I electronically filed the foregoing Joint Stipulation to Amend Scheduling Order with the Clerk of Court using the Court's CM/EMF system, which will send a Notice of Electronic Filing to:

JEFFREY K. MARTIN (#2407)
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806
(302)777-4680

MARK STEPHENSON, ESQUIRE
Nelson Levine deLuca & Horst, LLC
Four Sentry Parkway - Suite 300
Blue Bell, PA 19422
(610)862-6575

RICHARD R. WIER, JR, P.A.
Richard R. Wier, Jr. (#716)
Two Mill Road - Suite 200
Wilmington, DE 19806