<div align="center">

# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

</div>

RICHARD R. WIER, JR.*

*ALSO ADMITTED IN PA

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com

March 9, 2007

<u>BY ELECTRONIC FILING</u>

The Honorable Gregory M. Sleet
U.S. District Court
844 N. King Street
Lockbox 19
Wilmington, DE 19801

<div align="center">

**Re: Roarty v. Tyco International Ltd., et. al**
**C.A.No. 06-195-GMS**

</div>

Dear Judge Sleet:

Pursuant to Your Honor's Order of March 6, 2007 which set a discovery teleconference for March 16, 2007 at 11:15 AM, the parties submit a joint non-argumentative agenda as follows:

Pending Issues:

* The discovery cut-off needs to be extended so that Plaintiff can obtain requested discovery and Plaintiff can obtain discovery beyond the administrative record.

* Defendants' motion to limit discovery to the administrative record. was STRICKEN by Order of the Court, March 8,2007. Defendants request that this be a subject for the teleconference and that they intend to renew their motion.

* Pending is the Stipulation to extend time for such discovery.

The status of Plaintiff's discovery requests is:

* Defendants have not yet responded to Plaintiff's Request for Production and

Interrogatories. Although such responses are overdue, counsel for Defendants has said that he is in the process of providing the information.

* Defendants' have not provided witnesses for depositions as requested by Plaintiff. These witnesses included LINA and Tyco personnel. Defendants' counsel has said that he is attempting to produce the Tyco personnel for depositions and is trying to locate those who are no longer employed by Tyco. He does not believe that LINA personnel should be deposed.

<div style="display: flex;">

NELSON LEVINE de LUCA & HORST, LLC

/s/ Mark Stephenson
Mark Stephenson, Esq.
Four Sentry Parkway - Suite 300
Blue Bell, PA 19422
(610)862-6575
mstephenson@nldhlaw.com

</div>

Respectfully Submitted,

RICHARD R. WIER, JR., P.A.

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Two Mill Road - Suite 200
Wilmington, DE 19806
(302)888-3222
Rwier@wierlaw.com

and

MARGOLIS EDELSTEIN

/s/ Jeffrey K. Martin
Jeffrey K. Martin (#2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302)777-4680
jmartin@margolisedelstein.com