IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KELLY ROARTY, | ) | |
| | ) | Civil Action No: 06-195-GMS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TYCO INTERNATIONAL, LTD., GROUP | ) | |
| BUSINESS TRAVEL ACCIDENT | ) | |
| INSURANCE PLAN, and LIFE | ) | |
| INSURANCE COMPANY OF NORTH | ) | |
| AMERICA | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of Herbert W. Mondros, Esquire, of the law offices of Margolis Edelstein, as attorney for Defendant Tyco International, LTD. in the above-captioned matter.

MARGOLIS EDELSTEIN

__/s/ Herbert W. Mondros__
Herbert W. Mondros, Esquire (DE #3308)
750 South Madison Street, Suite 102
Wilmington, DE 19801
302-777-4680
Attorney for Defendant Tyco International, LTD.

Dated: April 18, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **KELLY ROARTY** | ) | |
| | ) | Civil Action No: 06-195-GMS |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **TYCO INTERNATIONAL, LTD., GROUP BUSINESS TRAVEL ACCIDENT INSURANCE PLAN, and LIFE INSURANCE COMPANY OF NORTH AMERICA** | ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of Herbert W. Mondros, Esquire, of the law offices of Margolis Edelstein, as attorney for Defendant Tyco International, LTD. in the above-captioned matter.

MARGOLIS EDELSTEIN

__/s/ Herbert W. Mondros__
Herbert W. Mondros, Esquire (DE #3308)
750 South Madison Street, Suite 102
Wilmington, DE 19801
302-777-4680
Attorney for Defendant Tyco International, LTD.

Dated: April 18, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KELLY ROARTY | ) | |
| | ) | Civil Action No: 06-195-GMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TYCO INTERNATIONAL, LTD., GROUP | ) | |
| BUSINESS TRAVEL ACCIDENT | ) | |
| INSURANCE PLAN, and LIFE | ) | |
| INSURANCE COMPANY OF NORTH | ) | |
| AMERICA | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Herbert W. Mondros, Esquire, do hereby certify that a true and correct copy of the

Entry of Appearance was delivered by regular U.S. mail, postage pre-paid, to the following:

Mark Stephenson, Esquire
Nelson, Levine, de Luca & Horst, LLC
Four Sentry Parkway
Suite 300
Blue Bell, PA 19422


MARGOLIS EDELSTEIN


/s/ Herbert W. Mondros
Herbert W. Mondros, Esquire (DE #3308)
750 South Madison Street, Suite 102
Wilmington, DE 19801
302-777-4680
Attorney for Defendant Tyco International, LTD.

Dated: April 18, 2007