IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY ROARTY, | : |
| Plaintiff, | : |
| v. | : C.A. No.: 06-195 GMS |
| TYCO INTERNATIONAL LTD. GROUP BUSINESS TRAVEL ACCIDENT INSURANCE PLAN, an employee welfare benefit plan, and LIFE INSURANCE COMPANY OF NORTH AMERICA, Plan Administrator, | : |
| Defendants. | : |

### PARTIAL REVISED SCHEDULING ORDER

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **July 1, 2007.**

2. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **October 18, 2007.**

3. **Case Dispositive Motions.** All case dispositive motions and an opening brief and affidavits, if any, in support of the motion shall be served and filed on or before **November 18, 2007.**

4. **Mediation**. The Mediation conference is presently scheduled before the Honorable Mary Pat Thynge on **May 31, 2007.**

5. **Pretrial Conference.** On **March 31, 2008,** the Court will hold a Pretrial Conference in Chambers with counsel beginning at 11:00 a.m. The parties shall file with the

court the Joint Proposed Final Pretrial Order with the information required by the form of Final Pretrial Order, no later than **March 10, 2008.**

6. **Trial.** This matter is scheduled for a three day bench trial beginning at 9:00 a.m. on **April 21, 2008.**

All other aspects of the original Scheduling Order shall remain unchanged.

_____
Judge Gregory M. Sleet