## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY ROARTY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-195-GMS |
| | : |
| TYCO INTERNATIONAL LTD. GROUP BUSINESS TRAVEL ACCIDENT INSURANCE PLAN, et al., | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **3rd** day of **May, 2007**,

IT IS ORDERED that the mediation conference scheduled for Thursday, May 31, 2007 at 10:00 a.m. has been rescheduled to **Tuesday, May 29, 2007 beginning at 11:00 a.m.** Submissions of the parties shall now be due on or before **Friday, May 18, 2007.** All other provisions of the Court's November 8, 2006 Order remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE