UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY ROARTY, | : |
|            Plaintiff(s) | : |
| v. | :   C.A. No.: 06-195 GMS |
| TYCO INTERNATIONAL, LTD. GROUP BUSINESS TRAVEL ACCIDENT INSURANCE PLAN AND LIFE INSURANCE COMPANY OF NORTH AMERICA, | : |
|            Defendants. | : |

## JOINT STIPULATION TO EXTEND TIME TO JOIN PARTIES AND/OR AMEND PLEADINGS

Plaintiff Kelly Roarty and Defendants, Tyco International, Ltd. Group Business Travel Accident Insurance Plan and Life Insurance Company of North America, by and through their respective counsel, jointly stipulate to extend the time to join parties and/or amend pleadings from July 2, 2007, to July 13, 2007, and respectfully request that the Court adopt such amendment to this joint stipulation.

In support of this Motion, the parties state the following:

1. According to the Scheduling Order filed on May 17, 2007, the time to Amend Pleadings and/or Joinder of Parties is July 2, 2007.

2. Plaintiff has evaluated the need to amend the pleadings and join Tyco as an additional party. Counsel for Defendants has discussed this preliminarily and due to the holidays both parties' counsel believe that further discussions are necessary but cannot conclude those discussions given the holiday and the vacation schedules.

3. Accordingly, the parties request additional time to conclude those discussions which

time will not adversely impact the Scheduling Order and may save time by not having to join Tyco.

WHEREFORE, Plaintiff Kelly Roarty and Defendants Tyco International, Ltd. Group Business Travel Accident Insurance Plan and Life Insurance Company of North America respectfully move the Court to amend the Scheduling Order to change the date for Joinder/Amendment from July 2, 2007 to July 13, 2007.

| LAW OFFICE OF<br>RICHARD R. WIER, JR., P.A. | MARGOLIS EDELSTEIN |
|---|---|
| /s/Richard R. Wier, Jr.<br>RICHARD R. WIER, JR. (#716)<br>Two Mill Road - Suite 200<br>Wilmington, DE 19806<br>(302)888-3222<br>rwier@wierlaw.com<br><br>Attorney for Plaintiff | /s/Herbert W. Mondros<br>HERBERT W. MONDROS (#3308)<br>Margolis Edelstein<br>1509 Gilpin Avenue<br>Wilmington, DE 19806<br>(302)777-4680<br><br>and<br><br>MARK STEPHENSON, ESQUIRE<br>NELSON LEVINE deLUCA & HORST, LLC<br>Four Sentry Parkway - Suite 300<br>Blue Bell, PA 19422<br>(610)862-6575<br>mstephenson@nldhlaw.com<br><br>Attorneys for Defendants |

Dated: July 2, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KELLY ROARTY,                                  :
                                               :
         Plaintiff(s)                          :
    v.                                         :    C.A. No.: 06-195 GMS
                                               :
TYCO INTERNATIONAL, LTD.                       :
GROUP BUSINESS TRAVEL                          :
ACCIDENT INSURANCE PLAN AND                    :
LIFE INSURANCE COMPANY OF                      :
NORTH AMERICA,                                 :
                                               :
         Defendants.                           :

ORDER

AND NOW, this _____ day of July, 2007, upon the joint stipulation of the parties and for good cause shown, the time in which to join parties and/or amend pleadings is amended as hereby set:

    Joinder of Parties/Amended Pleadings due July 13, 2007.


                                    _____
                                    Gregory M. Sleet Jr.
                                    United States District Court Judge