## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that today I electronically filed the foregoing Joint Stipulation to

Extend Time to Join Parties and/or Amend Pleadings with the Clerk of Court using the Court's

CM/EMF system, which will send a Notice of Electronic Filing to:

HERBERT W. MONDROS (#3308)
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806
(302)777-4681

MARK STEPHENSON, ESQUIRE
Nelson Levine deLuca & Horst, LLC
Four Sentry Parkway - Suite 300
Blue Bell, PA 19422
(610)862-6575

RICHARD R. WIER, JR, P.A.
Richard R. Wier, Jr. (#716)
Two Mill Road - Suite 200
Wilmington, DE 19806