## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

KELLY ROARTY,                               :
                                            :
                    Plaintiff(s)            :
        v.                                  :       C.A. No.: 06-195 GMS
                                            :
TYCO INTERNATIONAL, LTD.                    :
GROUP BUSINESS TRAVEL                       :
ACCIDENT INSURANCE PLAN AND                 :
LIFE INSURANCE COMPANY OF                   :
NORTH AMERICA,                             :
                                            :
                    Defendants.             :

## NOTICE OF DEPOSITION

Please take notice that the undersigned will take the deposition of Bob Bierzynski on

Monday, October 15, 2007 beginning at 1:00 p.m. EST, and continuing until completed.  The

deposition will be conducted by video conference, and will be recorded by a duly authorized

court reporter at Corbett & Wilcox, 230 N. Market Street, Wilmington, DE 19801, and Mr.

Bierzynski shall report to 1230 W. Morehead Street, Charlotte, NC 28208 for the deposition.

                                    RICHARD R. WIER, JR, P.A.

                                    ___/s/ Richard R. Wier, Jr.___
                                    Richard R. Wier, Jr. (#716)
                                    Michele D. Allen (#4359)
                                    Two Mill Road - Suite 200
                                    Wilmington, DE 19806
                                    Attorneys for Plaintiff

cc: Corbett & Wilcox

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KELLY ROARTY, | : | |
| | : | |
| Plaintiff(s) | : | |
| v. | : | C.A. No.: 06-195 GMS |
| | : | |
| TYCO INTERNATIONAL, LTD. | : | |
| GROUP BUSINESS TRAVEL | : | |
| ACCIDENT INSURANCE PLAN AND | : | |
| LIFE INSURANCE COMPANY OF | : | |
| NORTH AMERICA, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that today I electronically filed the foregoing Notice of Deposition

with the Clerk of Court using the Court's CM/EMF system, which will send a Notice of

Electronic Filing to:

MARK STEPHENSON, ESQUIRE
Nelson Levine deLuca & Horst, LLC
Four Sentry Parkway - Suite 300
Blue Bell, PA 19422
(610)862-6575

RICHARD R. WIER, JR, P.A.

    /s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Michele D. Allen (#4359)
Two Mill Road - Suite 200
Wilmington, DE 19806
Attorneys for Plaintiff