UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY ROARTY,<br><br>      Plaintiff(s)<br>v.<br><br>TYCO INTERNATIONAL, LTD.<br>GROUP BUSINESS TRAVEL<br>ACCIDENT INSURANCE PLAN and<br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>      Defendants. | Civil Action No:<br><br>06-0195-GMS |

**DEFENDANT TYCO INTERNATIONAL, LTD. GROUP BUSINESS TRAVEL ACCIDENT PLAN AND LIFE INSURANCE COMPANY OF NORTH AMERICA'S MOTION FOR SUMMARY JUDGMENT**

Defendants Tyco International, Ltd. Group Business Travel Accident Plan and Life Insurance Company of North America, by and through their undersigned counsel, hereby move the Court for entry of summary judgment against Plaintiff and in favor of Defendants, for the dismissal of her Complaint with prejudice, as well as an award of attorney fees and costs and such other relief as the Court may deem appropriate.

In support of their motion, Defendants incorporate the legal authorities and arguments that they have set forth in their accompanying Opening Brief, together with their Appendix of Exhibits.

**MARGOLIS EDELSTEIN**

BY:  */s/ Herbert W. Mondros*
HERBERT MONDROS (#3308)
Margolis Edelstein
750 South Madison Street
Wilmington, DE 19801
(302) 888-1112
hmondros@margolisedelstein.com

and

**NELSON LEVINE de LUCA & HORST, LLC**
MARK STEPHENSON, ESQUIRE
Four Sentry Parkway – Suite 300
Blue Bell, PA 19422
(610) 862-6575
mstephenson@nldhlaw.com

Attorneys for Defendants Tyco International, Ltd. Group Business Travel Accident Insurance Plan and Life Insurance Company of North America

Dated: November 19, 2006