# RICHARD R. WIER, JR., P.A.

**RICHARD R. WIER, JR.*** 

**MICHELE D. ALLEN***

*ALSO ADMITTED IN PA

ATTORNEY AT LAW

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
MAllen@Wierlaw.com

Honorable Gregory M. Sleet
Chief Judge
United States District Court
J. Caleb Boggs Federal Bldg
844 North King Street
Wilmington, DE 19801-3519

Re:   Roarty v. Tyco International, Ltd. Group Business Travel Accident
      Insurance Plan and Life Insurance Company of North America

      Civil Action No. **06-0195-GMS**

Dear Judge Sleet:

Counsel for the parties in this action are writing to seek Your Honor's guidance with regard to the Scheduling Order now in force. The parties have submitted their arguments with regard to summary judgment and this issue is presently before the Court for decision.

The current Scheduling Order directs the parties to file a Joint Proposed Pretrial Order with the Court not later than March 10, 2008. A Pretrial Conference is scheduled for March 31, 2008 and trial is set for April 21, 2008.

The parties respectfully inquire whether the Court will allow a re-scheduling of these dates after a decision is entered on summary judgment, or will direct the parties to comply with the existing Scheduling Order. Mark Stephenson, Esquire, counsel for defendants, joins in this letter and has authorized me to make this communication with the Court.

Respectfully submitted,

/s/ Richard R. Wier, Jr.

Richard R. Wier, Jr. (#716)