UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY ROARTY,<br>    Plaintiff, | )<br>)  C.A. No. 06-195 GMS<br>) |
| v. | )<br>) |
| TYCO INTERNATIONAL LTD GROUP<br>BUSINESS TRAVEL ACCIDENT<br>INSURANCE PLAN and LIFE<br>INSURANCE COMPANY OF NORTH<br>AMERICA,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance as counsel for Tyco International Ltd. Group Business Travel Accident Insurance Plan and Life Insurance Company of North America. These Defendants are solely being represented by Margolis Edelstein.

MARTIN & WILSON, P.A.

/s/ Jeffrey K. Martin  #2407
JEFFREY K. MARTIN
I.D. No. 2407
1508 Pennsylvania Avenue
Wilmington, DE  19806
(302) 777-4681

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY ROARTY,<br>　　　　Plaintiff,<br><br>v.<br><br>TYCO INTERNATIONAL LTD GROUP<br>BUSINESS TRAVEL ACCIDENT<br>INSURANCE PLAN and LIFE<br>INSURANCE COMPANY OF NORTH<br>AMERICA,<br>　　　　Defendants. | )<br>)　　C.A. No. 06-195 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, hereby certify that I caused a true and correct copy of the foregoing *Withdrawal of Appearance* to be served via electronic filing to the following:

Richard R. Wier, Jr., Esq.　　　　　　　　Herbert Weiswasser Mondros, Esq.
Law Offices of Richard R. Wier, Jr., P.A.　　Margolis Edelstein
Two Mill Road, Ste. 200　　　　　　　　　750 S. Madison Street, Ste. 102
Wilmington, DE  19806　　　　　　　　　 Wilmington, DE  19801
Attorney for Plaintiff　　　　　　　　　　 Attorney for Defendants

MARTIN & WILSON, P.A.

/s/ Jeffrey K. Martin #2407
JEFFREY K. MARTIN
I.D. No. 2407
1508 Pennsylvania Avenue
Wilmington, DE  19806
(302) 777-4681