IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY ROARTY | ) |
| | ) Civil Action No: 06-195-GMS |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TYCO INTERNATIONAL, LTD., GROUP BUSINESS TRAVEL ACCIDENT INSURANCE PLAN, and LIFE INSURANCE COMPANY OF NORTH AMERICA | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that, effective April 1, 2008, the law firm of Margolis Edelstein has changed its delivery address to:

>Margolis Edelstein
>750 Shipyard Drive, Suite 102
>Wilmington, DE 19801

The firm's telephone number, facsimile number, and e-mail address will remain the same.

**MARGOLIS EDELSTEIN**

__/s/ Herbert W. Mondros_____
Herbert W. Mondros, Esquire
(Del. I.D. No. 3308)
750 Shipyard Drive, Suite 102
Wilmington, DE 19801
(302) 888-1112
(302) 888-1119 (Facsimile)
*Attorney for Defendant Tyco International LTD.*

Dated: April 1, 2008