UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY ROARTY,<br><br>        Plaintiff<br>v.<br><br>TYCO INTERNATIONAL, LTD.<br>GROUP BUSINESS TRAVEL<br>ACCIDENT INSURANCE PLAN AND<br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>        Defendants. | C.A. No.: 06-195 GMS |

**SCHEDULING ORDER FOR SUBMISSION OF
FINDINGS OF FACT AND CONCLUSIONS OF LAW**

**NOW COME** the parties, by and through counsel, who submit, pursuant to the Court's oral directive in court on April 21, 2008, the following proposed schedule for the submission of the parties' Findings of Fact and Conclusions of Law in accordance with Fed.R.Civ. Pro. 52 (a) (1). If this schedule meets with the Court's approval, a Form of Order is incorporated.

    Plaintiff's Proposed Findings of Fact and Conclusions of Law on or before May 30, 2008.

    Defendants' Proposed Findings and Conclusions on or before June 20, 2008.

    Plaintiff's Reply Findings and Conclusions on or before July 7, 2008.

    Oral Argument if requested by the Court.

                                                  /s/ Richard R. Wier, Jr.
                                                  Richard R. Wier, Jr., P.A.
                                                  Richard R. Wier, Jr. (#716)
                                                  Michele D. Allen (#4359)
                                                  Two Mill Road, Suite 200
                                                  Wilmington, DE 19806

/s/Mark C. Stephenson

Mark C. Stephenson, Esq.
Nelson Levine de Luca.& Horst LLC
Four Sentry Parkway, Suite 300
Blue Bell, PA 19422

/s/ Herbert W. Mondros
Herbert W. Mondros, Esq. (#3308)
Margolis Edelstein
750 Shipyard Drive
Suite 102
Wilmington, DE 19801

**SO ORDERED** this     Day of April, 2008.

_____
Hon. Gregory M. Sleet
Chief Judge, District Court