IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KELLY ROARTY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Civil Action No. 06-195 GMS <br> TYCO INTERNATIONAL LTD. GROUP ) <br> BUSINESS TRAVEL ACCIDENT ) <br> INSURANCE PLAN, and LIFE ) <br> INSURANCE COMPANY OF NORTH ) <br> AMERICA, ) <br> ) <br> Defendants. ) <br> ) | |

**ORDER**

On April 21, 2008, the court held a bench trial in this ERISA dispute between Kelly Roarty ("Roarty") and Tyco International Ltd. Group, Business Travel Accident Insurance Plan, and Life Insurance Company of North America (collectively, the "defendants"). As directed by the court, the parties then proposed a schedule for submitting their Proposed Findings of Fact and Conclusions of Law. (D.I. 57.) The court will not adopt this proposal, which provides for three successive filings (two by the plaintiff). The court adopts the following schedule instead.

IT IS HEREBY ORDERED THAT:

1. Both parties shall submit their Proposed Findings of Fact and Conclusions of Law on or before Friday, June 20, 2008; and

2. There will be no reply briefing.

Dated: May 14, 2008

CHIEF, UNITED STATES DISTRICT JUDGE